# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina ▾

Greensboro Division



FILED
OCT 2 3 2025
Clerk U.S. ...
Greensboro Court
By...

|  |  |  |
|---|---|---|
| Ronald Hugh Hutton | ) | Case No. 1:25CV961 |
|  | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| **-v-** | ) |  |
| U. S. Department of Veterans Affairs The Former Landlords WRAL News Personnel | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronald Hugh Hutton |
| Address | 100 East First St |
| | Lexington      NC      27273 |
| | *City*      *State*      *Zip Code* |
| County | Davidson |
| Telephone Number | |
| E-Mail Address | ronhutton99@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U. S. Department of Veterans Affairs |
| Job or Title *(if known)* | |
| Address | 810 Vermont Ave NW |
| | Washington      DC      20420 |
| | *City*      *State*      *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | The Former Landlords as listed on the attached, "Addresses" |
| Job or Title *(if known)* | |
| Address | |
| | *City*      *State*      *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [ ] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

[✔] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name      WRAL News personnel as specified
    Job or Title *(if known)*    2619 Western Blvd.
    Address

| Raleigh | NC | 27606 |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County      Wake
    Telephone Number
    E-Mail Address *(if known)*

[✔] Individual capacity    [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

     [ ] Federal officials (a *Bivens* claim)

     [✔] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     5 U.S.C. 552a: Privacy Act; Universal Declaration of Human Rights, Article 12; The First Amendment; Declaration of Independence, 2nd paragraph

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

WRAL News team personnel were supposedly using their reputations as experts, to deceive the public about me, by communicating what sounded to me like exaggerative derogatory descriptions of my ~~applicable to~~ character. That is in going by comments I overheard in the public. The former landlords (not business affiliates) joined in and used WRAL as scapegoats, it appeared. In addition, it seems that WRAL has ~~been investigating me since I moved outside of the Triangle area~~ been investigating me since I moved out of the Triangle area of NC, if that is considered under color of state law. RH

**III.     Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

North Carolina, Georgia, Pennsylvania, New Jersey, Ohio, and New Jersey.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Spring 2010 to the present day.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see the attached sheets entitled, "Statement of Claim, Section C"

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Please see the attached sheet entitled, "V. Relief"

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/23/2025

Signature of Plaintiff    *Ron Hutton*

Printed Name of Plaintiff    Ron Hutton

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

III. Statement of Claim, Section C

October 23, 2025

Lawrence H. Cunningham
Clerk of Court
U. S. District Court for the Middle District of North Carolina
324 W. Market St.
Greensboro, NC  27401-2544

Dear Clerk of Court Lawrence H. Cunningham:

I would like to file a lawsuit against the U. S. Department of Veterans Affairs. Back in 1988, the U. S. Department of Veterans Affairs classified me as a mentally disabled veteran. This classification was sort of like a "label". Yet this 'label' does not seem to be applicable anymore. The DD 214 states that the service separation was due to a physical disability, and I am glad that it did, from the perspective of hiring managers who request a military veteran applicant's DD214.

I. Introduction

I feel that I have worked through a lot of the problems within myself, which caused me to have self-defeating thoughts and impulses, the consequences of which led me to be classified with this "label" back in 1988. This resolution has been achieved by me reframing my thoughts, so that I no longer have impulses as such.

However I have learned that if one resolves problems, that tarnishment of one's reputation by conspirators, can make any improvement that one has made, into a waste of bettering oneself. If some of my problems have subsided since back in the late 1980's, my capacity to concentrate continues to not be optimal in the present day, and even been exacerbated by the effects of being slandered. I am probably "out to lunch" at times in a natural sense to begin with not taking into account these effects from being slandered. So I suppose it can be more accurately described as aggravated from external circumstances, as opposed to my thought processes having deteriorated within my cognition, as elaborated on further in the text. The presumed conspirators are supposedly perpetrating behind - the - scenes - activities that are a hindrance of my progress, and thereby alter the environment I live in. The conspirators appear to be doing this by persuading people who are local to my area, to orchestrate the hindering activities. That it does not portray real life, does it? Real life is in the absence of a conspiracy.

Some text in the following paragraphs is true, some is surmised truth, and some is not true at all. I have changed some of the names of the people, places, and things, since I conjecture that an analogical conveyance of these ideas is more appropriate and better comprehended by a reader.

II. The Conspirators' Presumed Incentives

The aggravators comprise of landlords I used to rent from, and some business affiliates of the former landlords, supposedly. These 2 groups of conspirators eventually conjoined with some news station personnel, it convincingly appeared.

All 3 groups of the surmised conspirators are slandering me in effort to gain something that they want, is my impression: 1) A restored property penalty for the former landlords and the former landlords' business affiliates, which would lead to them being reimbursed $100,000; 2) Less of a smudge on the reputation of some news team personnel in Raleigh, NC in regards to being biased in a federal investigation. I  suppose

1

the news team deems that if they discredit my character, that would be less apt to receive a blemish on their reputation.

The problem with these presumed conspirators doing what they are doing, is that they should not be doing it in the first place. The former landlords and their business affiliates do not have a legitimate reason to slander my reputation, besides that they just want to. And the news station personnel do not have a jurisdiction based nor justifiable reason to investigate me, after I moved out of the Raleigh area, if I am not mistaken. Especially seeing that WRAL personnel are most likely biased. I did not do anything to anyone personally, in any of these aforementioned groups of conspirators. So any incentive they have to slander me, is not my fault.

These presumed conspirators are all much more capable and reputable than I am, so it is very unfair. It is sort of like an unfair Canadian mixed doubles match. The 1st set is Jimmy Conners against Bjorn Borg and Chris Evert Lloyd; the 2nd set is Connors against Arthur Ashe and Serena Williams; the 3rd set is Connors against John McEnroe and Martina Navratilova, the 4th set if necessary is Connors against Venus Williams and Mats Wilander, the 5th set if necessary is Connors against Stephie Graf and Ivan Lendl, and sixth set if needed would be Connors against Billie Jean King and Andre Agassi. If the players other than Conners win the match, they all split the winnings. I am obviously not into modern day tennis.

III. What Led to The Former Landlords' Incentives

I used to rent an apartment of very cheap rent from some landlords in Mebane, NC. They had recently moved to Mebane from out of state, and taken over ownership of an apartment complex in Mebane. These new owners and landlords of the apartment complex decided to purchase the house for sale, next door to the complex as well. These landlords talked to me while I was at work one day in Mebane in 2002. They told me that they were looking for a renter(s) who planned to stay in Mebane for the rest of their life. I told the prospective landlords that I planned to live in Mebane for the rest of my life. Mebane was within a reasonable commute to job opportunities in Burlington. I had some friends in Burlington at the time too. And there were job opportunities in the other direction as well, including Research Triangle Park (RTP). I have an Associates Degree in Biotechnology, and another Associates Degree in Veterinary Technology. Currently I have a traveling sales job, but I am trying to land a 2nd job.

The prospective apartment unit that the landlords told me that they had for rent was only $25.00 a month, on the 2nd floor of the 2 story apartment house. The rent fee included utilities and the renters' insurance that the landlords had a policy with. I was responsible for paying the water bill which was usually less than ten dollars. The landlords required that a renter of this particular unit help with cleaning the other occasionally vacated units in the apartment house, as well as the frequently vacated units in the apartment complex next door to the apartment house. They required that the renter do grounds keeping as well. It sounded like an excellent deal. Therefore I decided to move in, and did so in late 2002.

The agreement of me staying in this apartment house was only a verbal contract, with no lease that I recall. All I did was tell the landlords that I planned to live in Mebane for the rest of my life. I don't recall telling them that I planned to live in that particular apartment unit for the rest of my life though. The landlords recommended Quote Wizard Renter's Insurance, so I signed up for it.

The original landlords all lived in Mebane and commuted to the rental office every weekday. "Original landlords" refers to the landlords that worked onsite from the start. The original landlords would rotate working on the weekends. Most of the original landlords' had other 2nd shift jobs in addition to being co landlords. The original landlords' spouses still lived out of state and were employed on other full time jobs. I hadn't met any of the landlords' spouses when I moved in.

There were many tenants collectively between the apartment house and the complex next door, so the original landlords could not remember everyone's name. Eventually 2 other men moved into the separate apartments on the first floor of the apartment house I was in, but they were paying $450.00 a month. Since I lived in the only unit upstairs, the landlords referred to me as "the loft one". I would sometimes overhear them ask amongst themselves, "Which tenant are you talking about?" and another would answer, "The loft one". I did not talk to them very much though. Mostly at the rental office window.

I was familiar to these landlords in that I rented from them for over 2 years. Therefore I was in their line of their own familiar previous renters.

Eventually all the original landlords' spouses transferred their jobs to Mebane. Although the spouses had previously joined with the original landlords, in the rental contract over my apartment unit, when I moved in, in 2002. So the spouses had invested money into this contract, as did the original landlords and other parties, before I moved in in 2002, as explained further in the text. The spouses had all moved into their respective original landlord spouse's residences in Mebane, by around 2004.

The original landlords told me at the office window one time, that the type of contract that was instated over my apartment unit specifically, required that co landlords all live in the same city limits of the apartment complex. So all the original landlords' spouses were now landlords too.

I was so busy with cleaning and groundskeeping that I could only muster to work about 20 to 25 hours a week at a store, while I lived in that apartment. The inexpensive rent was convenient for me at the time. However in late 2009, I discovered that Smart Financial Renter's Insurance has broader coverage than Quote Wizard. So I renounced Quote Wizard, and changed to Smart Financial Co.. I started paying the Smart Financial premiums by draft of my work paycheck.

Shortly after I changed renters insurance, when I was driving home from work one day, I saw some people walking around with the landlords, right beside the apartment unit I lived in. I wondered if they were contractors who were going to fix a broken appliance or structural damage. But they were wearing ties and were not about to get dirty. When I arrived the landlords introduced me to them and told me that they were budget planners. Some of their names I recall, were Genie Winn, Kent Berry, Evan (don't know remember last name), and Jerry Bowen. Each of them gave me their card, and told me that Quote Wizard is a reliable renter's insurance and can save me money.

I was not satisfied with working only 20 to 25 hours a week. I needed full time hours so I'd be able to afford a more expensive abode in another city that is more accessible to jobs. Upon speculation that I'd have more job opportunities if I moved closer to RTP, I finally moved out in the autumn of 2010. So the duration of my residence there was from 2002 to 2010.

I had not seen any of the landlords' vehicles while I was moving out. A fuel station attendant in Mebane told me that all of the landlords had moved, most of them over a 100 miles away. The fuel station attendant said that the landlords still owned the apartment complex and apartment house next door to it though. The fuel station attendant told me that she had an inside scoop, and informed me that because I had changed renters' insurance and moved out, that I had instigated a penalty in these landlords' property. She said that they had expected me to stay there indefinitely. The fuel station attendant said that the landlords lost about $100,000 from the penalty I caused, and continued saying that the only way that the landlords can get all that money back, is if the penalty is restored. And the only way to get the penalty restored, is if I move back into that very same unit in the apartment house, and I change renters insurance back to Quote Wizard. The fuel station attendant said that the landlords must have lost that much money because they took out a loan from a credit union and made an investment of virtual currency amounting to tens of thousands of dollars or more, into the rental contract that was instated over the apartment unit I

rented. I did not know what all that meant though. The fuel station attendant said that just before I moved in, in 2002, the landlords had paid for that apartment house in full, in one transaction. So the landlords must have been the sole owners of the apartment house, and owed no money on it. The fuel station attendant also said that just before I moved in, that the landlords had consulted with some budget planners about how to set up the property agreement of the unit that I was about to move into. She said that the budget planners realized that it would be advantageous to themselves as budget planners, to become business affiliates with the landlords on this particular apartment unit contract, and to enter into and invest money into the contract with the landlords. The landlords complied in appreciation for the planners' help with setting up the contract.

The day after the fuel station attendant imparted these occurrences to me that I had not been not aware of, I concluded that those budget planners who gave me their cards at the apartment house a year before I moved out, must be the budget planners whom the fuel station attendant was referring to. I was not sure what the fuel station attendant meant by 'entered into and invested money into the contract' though, since it was just a verbal contract between the former landlords and myself, as far as I recall. There must have been more to that verbal commitment of the prospective tenant staying in the area, which provided the landlords with a way to make money off the tenant, that was beyond me. I guess since they invested money into the contract, that it was supposed to accrue. The former landlords kept all this from me for the most part when I moved in, that I recall. I made an A+ in Applied Plant Science at the nearby community college in 2003 or 2004. I probably would have comprehended the contingencies of the property agreement, if they had described them to me in detail just before I moved in in late 2002. And I certainly would have comprehended it if they had told me from the gitgo that if I ever decided to change renter's insurance and move out, that it would cause a penalty in their property, they'd lose $100,000, and that they would publicly slander my reputation, and thereby thwart job opportunities that I apply to in the future.

Thus I was not informed by any of the former landlords of any of these stipulations when I moved in, that I recall. After I had lived there a few years, if I recall correctly, there might have been a reference to the contract, made by the former landlord named Frances Hohtun at the rental office window. Frances might have told me around 2004 that the, now former, landlords had taken out a loan from a credit union before I moved in, to invest in the property agreement. Honestly though I do not remember exactly when that comment was made by Frances during the period of my residence there. If it wasn't in 2004, I doubt that the mentioning of the loan was just before I moved in in 2002, but I could be wrong. Nor did these previous landlords tell me just before I moved in, that they had joined with some budget planners as business affiliates, and that these planners had invested money into the property agreement too.

There were two other occasions I recall where there appeared to be a vague disclosure of the former landlords' unsaid stipulations. The first time was when I was paying rent, and I told the former landlord at the office window that day, Frances, that I was glad that they had such economical rent. I continued saying that they must be gaining a financial advantage somehow, since it does not seem like they could make a profit. The former landlord smiled, and nodded her head. I did not ask Frances any further questions, but I probably should have. The other time I recall was one day when I was paying the rent, and the same former landlord, Frances, said something about that if I ever lose renters' insurance, that all the former landlords would be in a catastrophic bind. However I did not know what she meant by "losing" renters' insurance. Again I probably should have asked for elaboration, but I didn't. Yet again though, these two conversations transpired long after I moved in.

I do not remember the name of budget planner Jerry Bowen, being mentioned at all, during the 8 years' that I lived in that apartment in Mebane. If I did, it was only a rare occasion. I especially do not remember Mr. Bowen's name being mentioned in the context of him facilitating a credit union loan, or any other type of loan. This includes comments that the former landlords said to me, and that I overheard

4

at the rental office window. Nor did I ever hear Mr. Bowen's name mentioned in that context, during the holiday meals that the landlords provided for the tenants. I never heard Mr. Bowen's name mentioned in that context of a loan, at times when the former landlords had lot realtor consultations at the rental office, either. However I possibly vaguely remember overhearing Mr. Bowen's name mentioned one time when the former landlords had a consultation with a lot realtor in the rental office. The lot realtor said that something needed to be adjusted up high at one of the lots she had for sale in Durham, NC, but that a ladder would not be able to be used because of unsturdy ground. The lot realtor said that a tall man could probably adjust it. One of the former landlords said that she knows a tall man named Jerry Bowen who lives out that way, whom she spoke to a few years ago. She said he could probably reach and adjust it. I too, remember Mr. Bowen being very tall when he gave me his business card a year before I moved out. I was just overhearing the lot realtor's conversation though. I probably remember that name Bowen since it sounds like Julie Bowen the actress.

Something else I occasionally noticed, was that the former landlord Frances would occasionally have an expression on her face that appeared to indicate that she was keeping a secret from me. Some of the other former landlords looked the same way at times, but only on rare occasions. Mrs. Hohtun had an occasional but persistent cough as well. Her cough had kind of a nervous characteristic to it, as if she felt guilty about something. I do not remember noticing a cough, and specifically not a guilty sounding cough, when Frances and the other former landlords asked me at my workplace in 2002, if I would consider renting this apartment.

These former landlords made a mistake of colossal proportions, in how they set up the agreement for that apartment unit that I rented from them. Their main mistake was not explaining the contract to me in detail, before I moved in. Their decision to set the contract up the way did, and not to explain it to me with the stipulations, was probably based on greed, and in that they had tunnel vision in regards to a person's potential to learn to cope with not having much time, when working two jobs concurrently. And in addition, a person can learn to manage and take care of responsibilities during off hours, when working two jobs.

The former landlords need to follow through with the obvious solution to their mistake. That is, for the former landlords to own up to their mistake. Then the unemployed former landlord named Cynthia Ferrell who is not yet of retirement age, needs to find employment. And maybe Betsy Orr who is over retirement age now, but was not at the time I moved out in 2010, can find work at a florist or similar establishment. Otherwise they could start a fundraiser. But they obviously don't want to follow through with either of those pragmatic solutions.

IV. The Conjectured Strategy of the Former Landlords

So instead of making money through employment or a fundraiser, these former landlords appear to be making up for their mistake, by pursuing restoration of the penalty in their property that I caused, so that they can get all that money back.

To describe the former landlords' presumed strategy, it appears that they are trying to make me have to move back into the apartment unit that they own in Mebane, starting by hacking my computer, and finding out where I move to with my traveling sales job. Then they supposedly hack and track what jobs I apply to, in my efforts to land a 2nd job. Next, the former landlords seek out and contact the hiring manager of some of the jobs I apply to, I speculate. They then supposedly communicate to the hiring manager in a derogatory context about me, exaggerating to an extreme. That is the gist I got, going by 'signs' (not literal text - displaying signs) that alluded to the likelihood that they are doing this behind my back. Otherwise if the former landlords do not communicate personally with a hiring manager of a job that they found out I applied to, the former landlords ttarnish my reputation with so many local citizens,

5

that hiring managers will likely eventually hear about what the former landlords said. The former landlords and their business affiliates know that if I can't land a job, the only place I'd be able to afford to live, is that apartment unit in Mebane, NC that I rented from the former landlords, of $25/month rent. I would just need to pick up an odd job to pay the $25.00, if I'm not making much money from my traveling sales job that pays for my fuel for my RV, and food. Then as stated earlier, if I move back there, the penalty I caused would be restored, and the former landlords would be reimbursed the $100,000. The former landlords etc are probably using the 'label' described in the opening paragraph as a springboard to ruin my reputation.

That is their job (not employment job), if they want that money back. Their job is to talk to the public about me in a derogatory context, and exaggerate to an extreme, thereby tainting the public's perspective of me. That way the former landlords and their business affiliates (the presumed conspirators) can derail opportunities I could possibly be granted. That is most likely the presumed conspirators' strategy, it would seem. However, if they want their "loft one" to have a life, then they need to let go, and no longer slander me, so that the ceiling of progress that they have made over my career, will be lifted. Then I can get a job and the job would be free from interference by the former landlords and their business affiliates.

Furthermore, it convincingly appeared that the former landlords were finding out what church I was attending. Then the former landlords would contact the pastor and some of the congregation members somehow, and describe me in a derogatory context to them, for the purpose of making the church members feel ill at ease about me attending there. That is my guess of what was going on. The former landlords supposedly told the church members that they were contacting them in effort to warn them about me. But actually my guess is that the former landlords had learned through grapevine that I am inclined do better on a job, if I am acclimated to and have supportive acquaintances in the community. Thus the former landlords were probably aware that if I was to be hired, the former landlords could make me more prone to do poorly on the job, by preventing me from having church support.

Another approach that the former landlords appear to be using, is sapping my motivation to look for jobs, by demeaning my self esteem. After I changed renters' insurance and moved out of the apartment in Mebane, in late 2010, I started to notice similarities of topics that were discussed by people nearby me, who were in conversation with each other. The topics revolved around frowned upon character traits, which I happen to have. I heard comments as such too often for it to just be coincidence. My photo must have been sent to everyone's cell phones in the community I lived in. The comments uttered by some of the locals sounded to me like the locals were trying to imply sarcastic insults of these flaws in my character, and they meant for me to overhear their comments, in going by the locals' demeanor, voice tone, inflection, volume, etc. Some examples of the topics discussed in these conversations included a) Paying the water bill with all coins, which is how I paid the water bill when I lived in the apartment in Mebane, NC. I collected coins. b) People who wrote personal checks that had a backdrop of a sea urchin, which was the backdrop on the checks I used to pay the rent for the Mebane apartment with, and c) drinking 12 or more sodas a day, which was what I did in Mebane, and my car floorboard was always covered with soda cans and bottles.

I later concluded that these local people had probably been contacted and briefed about me in an exaggerated and derogatory context, by the former landlords from afar. Then the former landlords would get more of a following with some of the locals. The locals who were willing to cooperate with the former landlords and their business affiliates, were supposedly then egged on and persuaded by the former landlords and their business affiliates, to say the inferring comments for me to overhear, at times that I was in proximity of the locals. The former landlords and business affiliates supposedly did some research on me, found out some of my flaws, and told the locals what to say in my presence. That was how it appeared anyways. These presumed relayed implied insults of my character by the locals were difficult to

6

have a comeback line for, since they were inferred, it seemed to me. In addition I did not know for sure if these presumed implied insults had originated from the former landlords from afar.

V. Exacerbation of Preoccupation of Thought

In general, if person A just ridiculed person B, by a blund direct insult, but person B does not say something back to person A, person B may feel insulted, and turmoil may stew in person B. Especially if this happens often and person B is a doormat so to speak. This can make person B more preoccupied, than if person B had said a comeback line right after person B was crossed by person A. That is my impression of feelings from being criticized. Otherwise person B would be less preoccupied if person B was not insulted at all.

But if the insult is implied, or else the implication originated from a third party and is relayed through an in - person deliverer who was persuaded by the third party, I suppose the same effects of wandering thoughts and inner turmoil are experienced by person B.

For example, if Marty Feldman was amongst a few people, and one person said something to another person, about how ugly that one of his fish is, because it has protruding eyes, and Marty overheard, Marty might be offended. It sounds like the person in conversation nearby Marty, is implying about Marty's eyes.

I have had to frequently try to decipher if nearby conversators are implying an insult of my character flaws, in what I hear them say. This is one reason that I cannot concentrate on whatever I am doing. I am so honed in on whether the former landlords and/or their business affiliates from afar, texted the local conversator in my area, and told the conversator to say what he or she just said. Then I feel like I have to decipher what the conversator is implying, so I won't realize it later, and it festers in my emotions. So as previously stated, it behooves me to say something back to the conversator to reveal that his comment does not make sense (if it doesn't). But I am mostly directing the rationale that I verbalize, to the former landlords and/or their business affiliates, who probably told the local conversator to say what he or she just did.

Sometimes these former landlords would supposedly contact young ladies and persuade the young ladies to say comments that infer insults of me, to each other, when they are in my presence, so I'd overhear . It is not appropriate for me to talk to young ladies about personal and/or sensitive issues, and that is probably the former landlords' strategy in doing this. For instance, an approximately 30 year old young lady said, "Goddamnit", and other cuss words after she spilled some coffee or something, at an outreach where I and the young ladies were receiving services from. Then an approximately 20 year old woman said something to the 30 year old woman such as, "Geez, you are mentally sick if you got that upset over spilled coffee. It is not that big a deal." The day before I heard the young women say this, I had reacted similarly when I was by myself in the woods. The WRAL cameras must have recorded me saying, "Goddamnit" and other cuss words when a rugged plastic bag I was carrying got caught on some thorns and the bag was torn. So the former landlords probably saw and heard my overreaction in the woods on the WRAL film footage. The former landlords must have found out where I receive outreach services, then contacted and persuaded the younger ladies to go to the outreach, and imply that I over reacted when I was in the woods the day before, and that I must be deranged. However, a durable plastic bag that is punctured is a big deal to someone who has no money, it seems to me. Thick rugged plastic bags are not commonly given out from an outreach, in my experience. It is usually thinner bags that are given out. Rugged bags are more water resistant and better at protecting the enclosed items. I presumed it would be a while before I ran across a free thick durable bag like that one. The take home message is not about the plastic bag though. It is that this is definitely not fair since due to inappropriateness, I should not say a countering comment back to the young ladies, that infers that the young ladies's alleged mocking act of me, is not logical. But the young ladies supposedly carried out the mocking act upon being persuaded by

the former landlords beforehand. I conjecture that young women in real life who are not contacted by conspirators, could care less about the personal matters of a senior citizen man such as myself, and they would not likely be inferring criticisms of me like this. So the presumed conspirators should not be contacting young girls in my locale and persuading them to infer insults of me, because that does not reflect real life.

The other reason that I cannot focus these days, is as stated earlier, that the former landlords and/or their business affiliates are supposedly using their hacking resources to find out what jobs that I have applied to, then contacted and slandered me to the hiring manager, so I do not get the opportunity.

That is extremely worrisome to one, if one's life cannot go anywhere, due to one's avenues of career progress being thwarted behind one's back, by conspirators.

Not to mention, some of the alleged inferred insults of my character flaws, that originated from the former landlords and their business affiliates, and were relayed through some of the locals, could be considered inhumane. Sometimes after I failed at something, the former landlords appeared to insult me by persuading a local 3rd party person to say something for me to overhear, or else persuaded a local person to post a sign (a literal tangible text - displaying poster or billboard), that inferred that I specifically, am a failure. The sign inferred about a recent misfortune I underwent, it convincingly appeared. But my failure was due to something that the former landlords did behind my back, to make me lose the opportunity. In addition, it appeared often, that the former landlords and their business affiliates were relaying an inferred-insult of me through some of the locals, that pertained to something in my personality. However it was a learned trait, if you will. Not a natural trait of my personality. In other words the former landlords and their business affiliates' slanderous activities over the last 14 years, caused me to take on this frowned upon personality trait. I would probably not have that particular personality trait today, if they had not been slandering me for this long of a time. So to be more specific, in addition to the extreme preoccupation of thought I have these days, I would probably not have scowls in my countenance either, if I had not been slandered by them. The presumed relayed implied insults through the locals were "signs", (this time, not literal posted signs that display words), that the former landlords' were talking to the locals about me in a derogatory context. This is sort of what comedian Bill Engvall refers to, when he says, "Here's your sign".

A comparison in a much more positive context, is when a friend is planning a surprise birthday party. Sally's birthday was on Friday. After the vegetarian cooking club that Sally and her friend Mandy both regularly attend on Thursday night, Mandy asked Sally that when Sally clocks out for work at 5:30 p.m. on Friday, if Sally would meet her across the street from Sally's workplace, at the library to look at photos of quilts that Mandy would like for Sally to make for Mandy's daughter's Sunday School class. Mandy had asked Sally previously if she would be willing to do this for her. Sally owns an automatic quilt making machine. Mandy was standing beside her own vehicle when she told Sally this after the cooking club. Sally happened to glance at the back of Mandy's hatchback vehicle, and noticed a big box with a sheet over it, but one corner was uncovered and the tops of two cone shaped party hats, a plastic horn, and a pack of colored confetti were sticking out of the box. Later that evening Sally realized that the library closes at 6 p.m. on Friday, so they would have to discuss the quilts on the sidewalk beside the library. Otherwise Sally figured that Mandy had called Sally's friends and told them to meet her and Sally at the library Friday evening, to caravan to a restaurant where they had reservations, and celebrate Sally's birthday. So even though Mandy did not tell Sally that she was planning a surprise birthday, there were "signs" that this is what was likely going on.

VI. Woodoo and Voodoo

When the former landlords and their business affiliates discuss matters about me with the public, they supposedly do not put it correctly. That is the impression I get, in going by comments that I overhear from people nearby me. The former landlords and their business affiliates supposedly describe me to the public in the way that they want the public to perceive me. It appears that the presumed conspirators assert that how I conduct myself when not at work, and/or if I have a certain level of concentration in my leisure time, that I would be like that on the job. That is not necessarily true though, I'd say. These presumed conspirators act like they have a crystal ball, to boot. Some of what the former landlords supposedly tell the locals, is that I "would do" some action of behavior under certain circumstances. I am sure that this makes me look bad to the community locals and to hiring managers. And I'm sure that hiring managers dismiss any further consideration of my application, after learning of what the former landlords say that I "would do". The former landlords will likely celebrate amongst themselves that they pulled off the hoax with the hiring manager. The former landlords and their business affiliates supposedly tell people that I would do this or that in such and such circumstances, to ruin my reputation. The former landlords and their business affiliates do not want me to be afforded a job opportunity in which, if I were to be granted the opportunity and accepted the offer, my job performance and conduct while on the job would most likely dismiss what the former landlords supposedly say about how I respond on the job. So the former landlords and their business affiliates most likely contact potential providers of job opportunities as such, and the former landlords and their business affiliates probably tell the potential opportunity provider of exaggerated and/or inapplicable characteristics that they assert that I have, which leads to me doing bad actions. Then upon hearing that, the potential opportunity providers do not feel good about providing me with the job opportunity, and therefore I cannot demonstrate that I would NOT do what the former landlords predict that I would do. The former landlords do not want me to have an opportunity like this because then their goal would be foiled. Because I would have gainful employment and I would be able to afford mainstream housing, and therefore I would not have to move back to the apartment that I rented from the former landlords in Mebane, NC of $25/month. Thus the penalty in the former landlords' property would not be restored, so the former landlords would not be reimbursed the $100,000.

Other ways that it appeared that the former landlords and their business affiliates were demeaning my self esteem was by persuading manufacturers of apparel, to fabricate t shirts, hats, etc, that displayed slogans which sounded like they metaphorically implied insults of flaws in my character. Plus the former landlords and their business affiliates supposedly contacted and persuaded managers of some stores to play music from long ago on the store intercom, when I was shopping. My photo was probably sent to the store personnel from the former landlords etc. These songs included lyrics with stanzas that included references to flaws in my character. I don't mean that the song artists meant to infer criticisms about me specifically, when they wrote the songs back in the 1980's, of course . But the former landlords etc probably selected those classic songs for the company to play at that specific store I was shopping at, because of the lyrics. Otherwise the classic pop songs accentuated love and romance, and the former landlords supposedly wanted me to make me feel debased in being single, in hearing those songs. Some of those songs can remind me of the past as well.

Furthermore, I am constantly on the lookout for what these former landlords are going to try next behind my back, by persuading some of the locals to be in cooperation with them (the former landlords). Their Simon Says persuasion of some of the locals could entail some trap that the locals set up, that impedes my progress for that day, like 'voodoo'. Otherwise it could be some scenario that the locals arrange to see if I am paying attention, or a dramatization by some of the locals when the locals are proximal to me, that is supposedly meant to mock me, to see if I get irked and say something inappropriate. And these arranged scenarios by some of the locals are all invented and directed by the former landlords from afar, I'd be certain. And I am worried that any inappropriate comment I say in general, is most likely written down by a local cooperator of the former landlords, and reported back to the former landlords, is the gist I get. The former landlords then supposedly use my mistakes in these scenarios to slander me further in the community. This is very worrisome and therefore contributes to me being extremely preoccupied.

9

## VII. They Did Not Run it Past Me First

After I moved out of the apartment unit in Mebane, I rented some apartments in the middle and south region of the Triangle area of NC, over the next 2 years. I eventually moved to Raleigh. Abodes included job accessible lodging in Morrisville, NC, and I occasionally visited a friend of mine at the time who worked at the mall in Chapel Hill. It appeared that I was being investigated while I lived in the Triangle area, which may have been in connection with my first filing of the same proceeding as in this document. I got the idea that WRAL News in Raleigh was conducting the presumed investigation on me. Someone informed me at the time, that one is not supposed to talk to another person about an investigation being conducted on one, even if it convincingly appears to one that one is being investigated. It seemed that the former landlords were viewing and listening to film footage that WRAL News investigators were presumably filming of me. There were 'signs' (not literal tangible posted signs displaying text), that I noticed, which appeared to indicate this. I would guess that the film footage could be viewed and listened to by anyone who has a cell phone or other internet accessible mechanism, except by me, since I supposedly was the subject person being investigated. There may have been a forum that people were commenting on, about what was seen on the presumed footage being filmed of me by WRAL. I got the idea that the former landlords would perceive an act of behavior I carried out, or dialog I verbalized on the film footage, as a 'red flag'. Inappropriate in other words. Then the former landlords etc would supposedly send mass derogatory text messages about me to the public, and to WRAL , based on how the former landlords perceived their discerned 'red flags' in the film footage. Although the former landlords would skip the step of contacting me personally first, and asking me what my take was on the former landlords' discerned red flags, before the former landlords sent the derogatory text messages about me to the public and to WRAL, it appeared. I did not get the memo, in other words, so I was not being given the opportunity to explain. However, I'd say that the idiom, "There are two sides to every account" applies here. Of all persons that co landlords should let know, if they said something negative about the person to a third party, and even the general public, are those in the co landlords' own familiar line of previous renters, as described in section III of this document. One way to make a person under scrutiny look bad, is not to give the person under scrutiny the opportunity to tell his or her side of the account. It is very worrisome for a person under scrutiny to not be allowed the opportunity to give his or her side of an account of what happened. Thus that contributed to me having marked preoccupation of thought. In addition, the presumed initial investigation conducted on me by WRAL from ~ 2012 to 2016, appeared to me to be biased. I concluded that from some photos and captions posted by WRAL on Facebook, which I perceived alluded to the likelihood that there was communication taking place between the former landlords, and some of the WRAL News Team personnel. One of the speculated business affiliates of the former landlords, Jerry Bowen, is a resident of Raleigh, NC, and he might have made a way somehow to communicate directly with the WRAL News Team and investigators. Thus I got the idea that Mr. Bowen was acting as a "go between" of communication from the former landlords to WRAL News personnel, and vice versa. There were news stories broadcasted on regional television that appeared to indicate that there was communication about me being exchanged between WRAL News Personnel and the former landlords. Furthermore, daily talk shows sounded like they addressed this. The 3 team members of WRAL whom I speculate have been slandering me, are Monical Laliberte, Debra Morgan, and Lynda Loveland. Mr. Maze, Fishel and Ms. Lamb might be too.

Likewise the Liberty Mutual commercials come across to me in the present day, as though they contain inferences of insults of flaws in my character specifically, and that Monica Laliberte played a part in devising the Liberty Mutual commercials. Liberty sounds like Monica Laliberte. It appears that the WRAL team personnel are continuing to investigate me from afar in the current day too. I speculate that the WRAL news team are using their reputations as experts to deceive and convince the public about my character, as are the former landlords and their business affiliates. The latter two groups of conspirators just mentioned include experts in the fields of software engineering, computer programming, appliance repair, small businesses owners, etc.

VIII. 12 Point checklist

Most women probably have a 12 point checklist that they want a man whom they want to date, to pass. I sometimes felt like a woman who liked me was watching film footage of me, from WRAL's presumed original investigation of me from 2012 - '16. The realization of the possibility this was occurring, came about on one or two occasions, since a woman as such usually has lady friends whom I perceive as platonic, that frequent venues that I regularly visit. The potential romance's lady friends said comments to me or to each other that I overheard, that sounded to me like they contained inferences, whether intended or not, that appeared to allude to likelihood that these ladies were aware that the particular woman I liked romantically, whom the platonic acquaintances know, was interested in me at the time, and that she was watching the film footage taken of me by WRAL. These platonic lady acquaintances did not seem to be implying anything derogatory about me in their conversations. I definitely see the advantage for a woman, of viewing a man whom she is mutually romantically interested in, on film footage, when he is in scenarios in which the woman wonders how he reacts. That way the woman knows beforehand if he reacts in an inappropriate way, or inconsistent with how she would like for him to react. Then she does not need to go through the process of dating him, and the friendship likely breaking up, to determine how he reacts in those type situations. Otherwise the presumed mutually romantically interested woman would supposedly be informed of my whereabouts by WRAL, and WRAL would send her to where I was, and she would make an appearance in my scope of vision. That was very flattering if that is what actually happened, but it caused me pain in the long run, since I would get my hopes up. I became emotionally romantically attached to one or two ladies who made appearances in my presence this way, in different time frames from around 2011 to 2016. I looked younger then. There might have been inferences of a woman's interest in me on social media as well, in the 2010 to 2019 decade, if she was behind a retail profile that was a commonality of the woman and mine, but the store was not affiliated with dating and relationships. Yet the themes of some posts from the store's social media profile did revolve around dating, and appeared to be testing to see how a Facebooker would respond about different relationship situations. I could be wrong of course but it sure appeared that way. So I am not putting the blame solely on the presumed investigation by WRAL, that instigated me to get my hopes up. But it might be optimal if I do not know that the woman is interested in me, until I get my ducks in a row. Each of the 2 presumed potential romances whom I had gotten acquainted with in a different time frame from 2009 to 2016, stayed backed off from me, and eventually met another man whom she liked better. But if she liked me as much as she liked him, he probably already had established his career. Otherwise maybe she just did not feel comfortable about dating me. She could have heard something about me that she did not disclose, such as 35 years ago when I asked a woman why she rarely ever said "thank you", while she and I were on a date. The moral of the story is, that each of these 2 ladies in a different time frame in the 2009 to 2016, might not have been compatible enough with me, for our relationship as acquaintances to lead to a romantic relationship. But it just seemed like it was a given that each woman would back off from me and stay backed off, regardless of how compatible we were. Even if I did not do anything extremely inappropriate. I had a pit in my stomach from the gitgo of knowing each woman, knowing she would stay backed off. I look older now so it is very unlikely that either of them would be interested in me now.

IX. Others Are Doing It, Why Shouldn't They?

Some factors played a large part in the development of the slander of my reputation, I conjecture, such as the original former landlords' knack of condoning. It is bad enough that the original former landlords condoned the slander of my reputation being carried out by their spouses and their business affiliates. Former landlords should not be "for" other people bad mouthing a person in the former landlords' own familiar line, as described previously this document. But these original former landlords not only condoned the slander of my reputation being communicated to the public by their spouses, their business affiliates, and eventually the WRAL newscasters - the original former landlords themselves were slandering my reputation. So it appears that the original former landlords have been using their spouses,

their business affiliates, and eventually the WRAL news casters, as scapegoats, to excuse themselves (the original former landlords) from having distorted values as landlords, in regards to a person (me) in the original former landlords' own familiar line of previous renters. The original former landlords probably look at it like "If our spouses, the business affiliates whom we joined with, and the WRAL news casters, can slander one of our own previous renters, then we can slander one of our own previous renters." These original former landlords must be very emotionally sick in their true colors, in spite of having good reputations and humorous outgoing personalities. That is in their slandering someone in their own familiar line, as described in section III of this document. These presumably disturbed individuals are going to extremes. During the first few years of my residence under the original former landlords' umbrella of landlording, I saw that the landlords have a lot of good qualities, and are very responsible and conscientious. Yet I saw as well, that they are very controlling. Occasionally I would see manifestations in their personalities that appeared to indicate that they have emotional problems of some sort, behind their flashy and chipper personalities. I did not tell anyone what I noticed though. Their presumed emotional problems do not appear to affect their day-to-day functioning, fulfillment of responsibilities, nor coping skills, as much as it affects the type of people they are. Seeing that I am one of the original former landlords' own previous renters of a basic unit, society defines landlords who have previous renters, as people who want their previous renters to be happy and to live up to their potential. But these previous landlords are not only indifferent as to whether I do good in a career, - they want me to fail, in career, and in relationships, and they are making sure that happens, it appears. Even if these previous landlords will receive an immense amount of money if I fail, that still is a sign that they are emotionally disturbed, since they can't let go, it seems to me. Easier said than done though, to let go of that much money. These former landlords do not see the evil in themselves, much less the immense degree of their evil. I'd be sure that the former landlords know that what they are doing is wrong, if they are really honest with themselves. Their consciences must convict them. They just ignore their consciences, due to the psychological problems that I speculate that they have. Their greed and the entities that they pay homage to, blinds them to what they are doing to the life of a person in their own familiar line (me), and in abusing their power as former landlords. They don't perceive someone in their own familiar line (again, me), as a person. The former landlords' wishes for me to fail, as I speculate, which stem from their emotional sickness in conjunction with their desire for reimbursement from the property penalty restoration, blind them from having a realistic perspective of me, is my impression. Again I rented from these landlords for 2+ years so I was familiar to them, and in their line of their familiar previous renters. They have no remorse from their deceit of my characteristics and capabilities that they communicate to the public, it seems, in going by comments I overhear in the public. It is almost like they perceive a surreptitious orchestration of ruining a person's life behind the person's back, as a humorous game. The original former landlords' "loft one" is going down, and nothing can get in their way. But their disturbed emotional health is behind a smile. And they can talk anyone's ear off and give them a hernia from laughing so hard. Talk about hidden psychological problems. This is not applicable to the former landlords' business affiliates nor the WRAL newscasters, since I never rented from any of them.


X. The Worm Can Re Openers' Deception

It is not that since the former landlords knew me from the landlords' office, and that they are experts in their fields of computer programming and appliances, that they have good judgment of my behavior and capabilities. It is that they do not want me to do well on a job in my career field, nor to be reasonably happy. It is a "guru of Ron Hutton" front, that they put on, when discussing me with the public. They are putting on an act. My impression is that the evil that these talented former landlords and their business affiliates perpetrate is very subtle, and most people probably do not see the former landlords' 'facade'. It is sort of like a clear plastic flashing dollar sign in front of the former landlords faces. The former landlords etc. most likely use their reputations, and their debate and manipulative skills, to deceive and thereby convince the public that I have the character traits that the former landlords insist that I have. They are

basically throwing their reputations around though. I conjecture that the previous landlords and their business affiliates are superb at coming across as sincere, intense, and like they are sure of themselves, when discussing matters about me with the public. And they probably exaggerate to an extreme, thereby taking their descriptions of me way out of context. Their exaggeration is probably mainly exhibited in their assertions of how applicable that the past is, in the present day. They live in the past. The former landlords supposedly use humor, sarcasm, good articu- lation, and fancy jargon to entertain and impress people whom they communicate to about me, to get the listeners on their side. They can candy coat what they are doing by their humor and sarcasm, is my guess. Because there really is no cause for alarm.

The former landlords and their business affiliates supposedly describe me in such a way that alerts the public and gets the public's attention onto how decrepit, debased, and dangerous a person I am, according to the former landlords etc, which in turn gets the public's attention off of the former landlords' and their business affiliates' true motives in slandering my reputation. It is all an exaggeration hoax so that these previous landlords etc. can get their money from restoration of the penalty that I caused in their property. I am not going to get a job with them slandering me like this, especially if they contact a hiring manager personally. Thus the only place that I'd be able to afford to live is the apartment that I used to rent from the previous landlords of $25/month in Mebane, NC. Polygraphs questions posed to the former landlords and their business affiliates, should confirm their true motives. So their true objective is not to warn, but to deceive, is my guess. So I'm calling their bluff in other words. It depends on what aspect of my perso- nality that they are talking about. Everyone has a bad day sometimes. I've already been tested on that in Raleigh though. But in regards to, for example, eating desserts, I know the saying "Never say never". But it's probably 10 trillion to 1 that I'd actually do what the former landlords supposedly tell people I'd do. In regards to the presumed deception exercised by WRAL, WRAL personnel in Raleigh know that the public has confidence in their expertise, I'm sure, and that the public respects them and trusts their discretion and opinions. The WRAL personnel supposedly use that to their advantage. WRAL personnel do not really know that I have these characteristics, that they are supposedly describing to everyone. They go by hearsay from the former landlords of the medieval times, it appears to me, then WRAL capitalizes by exaggerating, is my presumption. WRAL is putting forth a guru of Ron Hutton front too, like the former landlords are, is my impression.

All this I just stated is in going by comments I overhear in the general public. The verbalizers of the comments that I overhear, are probably in the former landlords' loop of text messages. I could be mistaken of course. So it is just the incentive of making me look bad and rendering me a failure, of these 3 groups of reputation dominant people, to get what they want, that is doing the talking. The WRAL personnel supposedly do not want to acknowledge this because then their company's blemish restoration agenda would be foiled. Likewise the former landlords' penalty restoration agenda to get the $100,000 back, would fall through. Again polygraph questions asked to these 3 groups of conspirators should reveal that they are making an effort to deceive people about me.

## XII. It's Not Dementia, It's Dread

To describe how the speculated slander affects my level of concentration, like I said in the opening paragraphs, I don't knock that I am somewhat preoccupied to begin with. However, the presumed conspirators supposedly tell people in the public that my thought wandering in the present day, which is to an extreme degree, is entirely attributed to my own cognitive processes. Endogenous in other words, meaning that they most likely construe that it is all attributed dementia or else solely caused from attention deficit disorder. Remember that I rented from these landlords for 2+ years so I was familiar to them, and in their line of familiar previous renters. There is something about a mentally disturbed woman who wants a person in her own familiar line to fail in life, being able to view the person on camera (from Raleigh, NC) on the job, and communicate with the coworkers of the person and the person's supervisor on the job, that does not seem to me to depict a real work environment. I personally perceive that the

thought wandering I naturally have, in the absence of being slandered, is to a moderate degree, such as in 2008, before the slander started, as elaborated on further in the text. My present day extreme thought wandering does not stem from the deterioration of my cognitive processes, I would be sure. It is that I am very worried about what the former landlords, the former landlords' business affiliates, and WRAL News Team personnel in Raleigh are saying about me, and who they are saying it to. I am not going to get a job if these presumed conspirators are mass texting everyone, and telling them that I am extremely preoccupied because of dementia. Otherwise the former landlords and/or their business affiliates might contact and slander my reputation with the hiring manager directly, as explained previously. A hiring manager will just ignore my application, upon hearing what the former landlords say about me. So the conspirators' alleged assertions is what makes me so worried, since I won't be granted a job opportunity if the conspirators are mass texting their assertions to everyone's phones. Therefore I cannot concentrate due to the worry. It probably sounds like a paradox.

For example, the former landlords have been superb in making my present day extreme thought wandering look like it is entirely attributed to my own cognitive processes, it has appeared. The former landlords were supposedly sending my photo around to people's cell phones in my locale, and finding people who were willing to participate with them in effort to make me look like I am always in someone 's way. My impression was that one local person I'll refer to as the designated cooperator, would keep a watch on me whenever I crossed his or her path, and if I was standing near a potted plant at a rock music museum (nothing to do with plants) , the designated cooperator would tell another person to walk over to the plant and pretend to want to read the plaque on the pot, that described the plant. If I was standing in front of a 20 foot wide magazine rack of flower magazines in the lobby at the fishing expo in a Convention Center, the designated cooperator would tell a willing fisherman to walk to where I was standing at the magazine rack, and pretend to want to look at the Better Homes and Garden magazine that was right behind where I was standing. The WRAL cameras probably gave the former landlords easy access to play this game, I speculate. Then the designated cooperator would photograph me with his cell phone, and send the photo to the former landlords, who in turn sent the photo to WRAL and/or a hiring manager of a job that I had applied to. Otherwise WRAL filmed the scenario directly. This is my speculation. The former landlords supposedly told the hiring manager that these photos were proof that I am always in the way, and that I would be like that on the job. Most supervisors probably do not want to hire an applicant who is always in the way.

But I don't remember anyone telling me that I am habitually in the way, until my late 50's when the former landlords started playing this video 'game' of sorts. Like "Frogger" but the former landlords are controlling the cars trying to hit the frog, instead of the frog trying to avoid the cars. Is it an early onset of dementia that is causing me to be in someone's way this often? That is what the former landlords supposedly tell people, as polygraphs should confirm. But it is the immediately preceding sentence that is causing me to not pay attention to where I am standing. Not the sentence before that one. They are telling people, in other words. Because I will not be granted an opportunity for a job if they are telling people. As in the general slandering of my reputation by the former landlords, hiring managers will likely hear about me always being in the way, if the hiring managers are not told directly by the former landlords. That is what is so worrisome. Therefore I don't pay attention to where I'm standing, due to the worry. But in real life does the average person have a group of people playing this video game behind his or her back?

I do not want to come across like I am telling a judge what to do. Absolutely not. I suppose there are many factors that lead to an injunction being called for. But an injunction is going to have to be put into effect, if I am going to be able to concentrate on a job, it seems to me.

These former landlords and their business affiliates have supposedly been thwarting opportunities of jobs that I've applied to, by way of their slander behind my back, for over 14 years now. My career has practically failed, due to their slander. There is a ceiling of progress that follows me everywhere I go, like

14

a dark cloud, because of these previous landlords and their business affiliates' slander. This ceilinged life makes me feel worried, distraught, discouraged, hopeless, and angry at the slandering spoilers.

To boot, another very worrisome factor is if I am occasionally granted an opportunity for a job, that slips through the cracks of the conspirators' slander of my reputation, and I am offered the job. That is to be celebrated. But after a while of being on the job, the conspiring parties might eventually interfere with the job, as they supposedly did on 2 jobs since I changed renters' insurance in late 2009.

The absence of the aforementioned slanderous activities taking place behind my back, depicts the community I lived in, and the environment of the jobs I held, in the year 2008. My job performance in 2008 was reasonably good, I would say. I held 2 jobs that year. I was occasionally absent minded on the job so to speak, but it did not jeopardize my job performance for the most part, as far as I knew. Because I was worry free, in regards to conspiratory interference on the job. This was because I still lived in the apartment that I rented from the former landlords, so the former landlords did not have an incentive to slander me at the time, thus they weren't slandering me. I was more able to concentrate.

I was dealing with other issues in 2008, but the former landlords' slander was not one of them. I was not taking any vitamins nor herbal supplements either, in 2008. And for the vast majority of time since 2008, I have not been taking vitamins nor herbal supplements. Therefore I construe that consumption of herbal remedies/vitamins or the lack thereof, is not connected to me being extremely preoccupied, in the past 14 years.

There did appear to be some isolated localized incidents of slander, in late 2009 and early 2010 on a 2nd job I had, but that was after I had changed renters insurance. I still lived in the apartment in Mebane though. It was not until late 2010 when I moved out of the apartment, that slander convincingly appeared to be communicated to the entire public, going by the comments I overheard.

I have heard motivational speeches which taught that one should not involve oneself in activities that drain one's emotional strength. Worrying is not an activity, but by the same token it takes away emotional strength that one can exert to concentrate and retain information. That is my impression anyways.

There are some predicaments in life that most people probably cannot stop worrying about. What if a lady who lived with her family in a remote community in the country, is "out to lunch" often from being attentive of her surroundings. She is definitely a day dreamer. But she is a very good cook. This woman and her family went on vacation and took most of their food with them. They had car problems on the way back though, on a Sunday evening, therefore they did not take time to stop for food, so that the kids could get back earlier before a school day. When they returned to their older model mobile home after the last stretch of country road, they discovered that some hornets had gotten into their home and built a nest over the stove. There were no microwavable meals, and it was too late to drive to town to the grocery store or fast food restaurant. The mother had to cook what was left in her cupboard and refrigerator. The husband could not spray the nest since it would aggravate the hornets. He would have to spray and remove the nest late at night when the hornets crawl deep into the nest. Otherwise they'd have to call an exterminator. So the wife proceeded to cook dinner while everyone else was in the living room. The wife was worried while cooking about getting stung, with all the hornets flying around. She put sugar in the stir fry instead of salt, and vanilla extract in, instead of hot sauce. What is the primary cause of the cook's inattentiveness? Her own thinking processes? Did she need to take medicine or meditate before or while cooking? No. The hornets' nest needs to be removed. The hornets' nest symbolizes the slander of the conspirators behind my back. Removing the nest symbolizes an injunction.

Another example is when I used to live in Georgia near a chemical plant with the company name Kemira. The office building is positioned far back from the street. On nice days I'd walk by that plant en route to

the library. I usually saw the same several employees outside in the back of the plant yard beside the building. These employees coincidentally favor all of the presumed conspirators in their faces, in seeing them from a distance. So one man looks like Bill Orr, one lady favors Cynthia Ferrell, another lady looks like Alli Larsen, etc.. Some of the people beside the building favored business affiliates Jerry Bowen, Evan, Kent Berry , etc. These former landlord and business affiliate look-alikes would look at me, and then they'd talk to each other. Then they would look my way again, discuss something among themselves again, then write something down. Plus there were 3 ladies who gathered with these former landlord and business affiliate look alikes. These 3 ladies favored some newscasters from WRAL News personnel. Like the former landlords lookalikes, these 3 ladies would look my way, write something down, then look my way again, type something again, and so forth and so on. I'll refer to all these conspirator look-alikes as CLA's.

Following, the CLA's would then walk over to the front of the building which still is in the back of the plant yard, and talk to other workers, who do not favor any of the presumed conspirators. I'll refer to the employees who did not look  like and of the conspirators, as CNLA's. The  CNLA's then angled their cell phones at me, it appeared, as if to take a photo of me. Next the  CNLA's would plug a USB cable from their cell phones to the CLA's phones and electronic tablets. These employee's would do this practically every time that I walk by the plant. I could tell that my thoughts wandered excessively at times that I walked by there, due to worry. If someone's car battery needed a jump on the side of the road in front of that plant, and I helped the person, I would probably clamp one end of the cable on a positive terminal and the other end of the same cable on the negative cable on the other battery.  I'd probably make other errors, due to being so worried from feeling like I am being watched by the conspirators.

If I ever talked to myself before the slander started in 2010, such as at times that I had a lot of responsibilities to tackle within time constraints, it was very minimal, that I recall.

Sometimes if I talk to myself in the present days, it is because I saw a driver who had likely been sent my photo, who was holding a sign out his car window, which appeared to infer an insult of my personal matters. Otherwise maybe I overheard what sounded like an inferring insult in a nearby conversation. The driver holding the sign or the person implying the presumed insult, was most likely persuaded to do so, by the former landlords.  Therefore I might say something to myself that I deem renders what the former landlords supposedly implied through the local person, as illogical. That way I construe that WRAL cameras will record what I say, and the former landlords will hear my perspective of what the former landlords supposedly implied through the local person. I might also talk to myself to impart the reason I did something, to WRAL cameras, so my actions are less likely to be misconstrued by WRAL, if there are times that my behavior is misperceived. If an injunction is enacted, I should no longer talk to myself excessively. Talking to myself seems to have to do with me not being able to think straight, due to my anger at the presumed conspirators, and my worry of what the former landlords and their business affiliates are saying to the public, and people who are avenues of career progress. So it helps me sort through my thoughts in light of my worry and anger at the landlords and their business affiliates.

Sometimes I probably have distorted facial expressions too. Before those expressions manifest in my countenance, it is usually right after I have a thought about how my own previous landlords, with help from their business affiliates, have set me back extensively from making progress, by their consistent unadmitted thwarting of job opportunities, behind my back for 14 years' time so far. Plus I have anger at them for their slander of my reputation with the general public, supposedly. In addition, I am angry at the former landlords and their business affiliates, for orchestrating the implied insults of my personality traits, by relaying the inferences through some of the locals, as I have speculated. Not to mention, the presumed conspirators supposedly contacted a small few potential romances whom I had been interacting with in different time frames, over the last 16 years or so. I'm sure the presumed conspirators did not put in a good word for me to the hiring managers nor to the personal lady acquain-

16

tances who possibly were potential romances. So I feel extreme anger towards these previous landlords and their business affiliates, before I have these facial expressions. So it is not so much a scowl that originates from my natural personality.

Why would I not have facial expressions like just described, these days, seeing that the conspirators have allegedly been carrying out the aforementioned actions? I remember not smiling very often prior to 14 years ago, before all the slander supposedly started. But it did not seem that I had these scowls on my face in around 2008, nearly as often as I have them today. I feel like I can tell when I get these scowls in my countenance.

I do not see how anyone can say that the degree of preoccupation of thought that I have while amidst these antagonistic influences, can be equated to the degree of preoccupation of thought that I would have if none of this was occurring behind my back. Antagonistic influences originate from "spoil driven" people, who want a person to fail. And it is especially bad if the spoil - driven people follow through with trying to make that happen. Failure in my career looms, since I will continue to not be granted any job opportunities if the former landlords etc continue slandering me in this manner. So I dread the future. Thus the play on words of the Digiorno commercial from 30 years ago, "It's Not Dementia, It's Dread", applies.

Does a tennis match judge require that the players tune out any commotion made by the spectators in the stands, such as heckling the players, loud music, or throwing trash on the court, etc.? No. The judge requires that the spectators keep quiet, so that the players can play at their optimal level, without distractions as such.

XIII. If the Antagonists Have No Access to Antagonize

The former landlords and their business affiliates supposedly have easy access to orchestrate these slanderous activities, so that they can impede my progress and demean my self esteem.

This is where the concept of cameras being a catalyst for the agenda of the former landlords etc., applies. If there are cameras monitoring my activities, such as when WRAL speculatively was and still is investigating me, the former landlords and the former landlords' business affiliates have constant access to view my activities. This applies to the former landlords' and their business affiliates' access to reaching people I come into contact with daily, and the rest of the local community, to slander my reputation. The former landlords etc know where I am at any time. So they can send a local infer - criticizer my way at any time. It is almost like I am amidst the physical presence of the former landlords and their business affiliates. Right under my nose, so to speak. Therefore I cannot not remove myself from the presence of the former landlords and their business affiliates, seeing that the few locals whom the former landlords/business affiliates are relaying the implied insults through, are in my presence. I would say that what these former landlords and their business affiliates are doing could be considered to be camera misuse.

What is the first step that self help books usually recommend to a reader who is constantly being criticized, if the reader wants to improve his or her self esteem? Remove his or herself from the situation.

A victim of domestic violence has the right to remove herself or himself from the abusive situation, to a place that is safe, away from the abuser. I suppose it is possible for me to be removed from the negative influence of these previous landlords, their business affiliates, and the WRAL newscasters. That is by an injunction.

If I err frequently on the pin pads at self checkouts, any deficit in my attention is probably compounded because I can tell that the supposedly biased WRAL News station personnel, the former landlords, and the former landlord' business affiliates, are most likely filming me while I'm using the pin pad, by way of WRAL cameras.

However if I was a cashier for a year and a half from late 2008 until spring of 2010, which was before any of the presumed conspirators started slandering my reputation, with the exception of the isolated localized incidents I mentioned, then I could probably work reasonably efficiently on a job in one of my career fields that requires attention to detail. That is given that all the aforementioned conspirators are injuncted. Because that way none of the conspirators can interfere.

If an injunction were to be enacted against the former landlords, their business affiliates, WRAL news-casters and the WRAL cameras, then I would most likely be a lot more focused, because I would be a lot less worried. I would not be worried because the presumed slanderers would not have access to conduct the alleged slanderous activities behind my back in my locale, since they would not have access to the WRAL cameras.

I do not mean I would be completely focused though, since again I have some natural thought wandering to begin with. But I should have more emotional strength to invest into retaining information, paying attention, and remembering tasks I need to do, because the emotional strength sapping worrying would not be happening.

XIV. Does Spoil Driven Interference From Conspirators on a Job, Equate to Job Expectations Solely?

The former landlords are supposedly telling the public, that pressure that one experiences from being insulted, be it a direct blunt insult, implied, or even implied and relayed through a 3rd party, is the same as pressure that an employee undergoes, from job expectations only.

Insults and quarrels on the job are usually resolved by the subordinates discussing the problems with the management, as I have observed in my experience. The supervisor usually recommends to both parties, to not bicker. If the subordinates continue bickering, then the subordinates are usually separated by the supervisor, if it is feasible without compromising production. Once separated, the subordinate who is no longer being insulted can usually perform his or her job better without the distraction of arguing. The other subordinates are usually not as distracted either.

Not taking into account a subordinate being insulted, spoil driven pressure is not the same as job expectation pressure on its own either. If conspirators who do not work at the subordinate's workplace, nor with the company, are contacting the supervisor, mis briefing the supervisor about the subordinate, and persuading the supervisor to make the subordinate look bad and for it to lead to termination of the subordinate, that is definitely different from job expectation pressure on its own.

It would seem that a subordinate would be able to tell if an outside non-employee is communicating slanderous descriptions of the subordinate, to internal staff, as the surprise birthday party example depicts. And that is very worrisome and distracting for the subordinate.

A supervisor does not want a subordinate to fail at the job. The supervisor just wants a subordinate to be efficient and productive on the job, be on time, and to work well with the team for the most part, as I have observed on jobs I have had. The average supervisor does not want a subordinate to be a complete failure in life altogether, either.

Spoil driven pressure exerted on an unemployed person's chances of getting a job, by conspirators who are contacting hiring managers of jobs that the unemployed person applied to, is not the same as pressure on a job, of the supervisor's expectations of the employee, exclusively. The unemployed person whose opportunities are being thwarted behind his or her back, cannot go anywhere in life, so the pressure is from being a failure, being frowned upon, not living up to potential, financial, not having healthy romantic relationships (if any), health, etc.

XV. Not Real Life

In addition to the aforementioned descriptions of the former landlords' and the former landlords' business affiliates' means of slandering me, that I conjecture that they orchestrated, the average employee of a customer service job, does not have his or her reputation being slandered with the customers that the job serves, by way of conspiratorial communication to the customers in order to make the employee look bad in the customers' eyes. This is not real life.

Real life is not being slandered by way of a behind - the - scenes conspiracy. If the former landlords, their business affiliates, and the WRAL news station personnel, become injuncted, then you have real life.

Now to address whether I had a physical disability back in the 1980's, as mentioned in the opening paragraph. I probably had an onset of plantar fasciitis in my feet which bothered me from time to time. But it vastly improved. The following account demonstrates that my feet were healthy even back then.

One night in the 1980's I went to a concert by myself. The concert was on the rooftop of a 40 story hotel. It was a duet of Gerry Rafferty and Linda Ronstadt. I saw Gerry kiss a woman beside the stage, so I presumed she must have been his wife.

I was wearing a 14 carat gold necklace with a medallion that read "Peace". But it was scratching my neckline. So I took the necklace off and set it on the counter, because I needed to file it down. I was going to put it in my pocket but someone spilled beer on the table, and the necklace fell on the floor. I looked and looked but did not see the necklace on the floor.

Near the end of the concert I recalled that my nail file was in the console in my car. I was hopeful that I would find my necklace so I bent down and opened the door on the rooftop floor, and walked down the small stairwell that led to the 40th floor. I took the elevator down to the 1st floor, walked to my car, and retrieved the rectangular nail file out of my car. I showed my wrist stamp to the host in the lobby and on the way back up I noticed that not too many people were riding the elevator upward, since the concert was almost over. But some yellow jackets had gotten into the elevator somehow, and I was stung on both my palms. When I reached the 40th floor, my hands were in pain and swollen. I told the bellhop I doubted that I could drive home. She said I could sleep on the 40th floor that night until my palms felt better.

I remembered that I had some chewing tobacco in my glove compartment. I rode the elevator back down and walked to my car to retrieve the chewing tobacco to put on my palms to relieve pain as described in a home remedy book. It took me about twenty minutes though since my glove compartment was so cluttered and the dome light was out. When I returned to the 1st floor lobby, the elevator had a sign on it that said "Out of Order". I guess a staff person saw the yellowjackets. So I walked up all 40 flights of stairs to get to where I was to sleep. When I arrived at the 40th floor, the bellhop said that the elevator malfunction was just a matter of replacing a wire and filling a hole with putty, so it was already back in full operation. But I was upset that I had I had missed the last few songs. I applied the chewing tobacco to my palms and now that the concert was over I sat in a chair behind a banner on the 40th floor trying to ignore the departing crowd's chatter. After the crowd had left, I went to sleep. When I awoke early the next morning at about 6 a.m., I walked onto the rooftop to look for my necklace. I saw Gerry Rafferty fast

asleep. Then a lady walked up onto the rooftop. It was the lady I presumed was Mrs. Rafferty, and she saw Gerry on the lounge couch fast asleep. Mrs. Rafferty saw a small empty opened package on the floor. She burst into tears. She shook Gerry to wake him up. When Gerry awoke, his wife asked him about the package. It sounded like she said "diaphragm package". Gerry was speechless. Gerry's wife was still crying as she walked down through down the roof top floor door to the 40th floor, and I suppose rode the elevator down. They probably did not even notice that I was there, understandably.

That was quite an intense scene, but I knew that it was none of my business. I felt very bad for Mrs. Rafferty if what had happened was the way that it sounded.

I still wanted to find my necklace. My hands were feeling better . I went to the hotel office, and asked the building manager if he would be able to spot my necklace on the cameras. He said he would review the camera footage from the previous night, and I would need to check with him tomorrow. It was about 10 a.m. that Sunday. The roadie crew returned and proceeded to take all the music equipment down the elevator in partial loads to their van. I drove back home. I learned later that morning that the concert of Gerry Rafferty and Linda Rondstadt scheduled later that week in a neighboring city, was canceled.

The next day, which was Monday, I drove back to the hotel. I asked the building manager if he saw my necklace anywhere after looking at what the camera showed. The building manager said, "I'll tell you what I saw. After the concert, Gerry Rafferty and his wife, and Linda and her husband, stayed after the concert to help the roadies disassemble and prepare the music equipment for transport the following day.

About 30 minutes later, Gerry's wife and Linda's husband were sleepy and decided to drive to the respective hotels where each couple had a reservation. After Mrs. Rafferty and Mr. Ronstadt had been gone a while, I heard Gerry and Linda laughing and joking with each other. They drank a few bottles of liquor. It was very hot that night and it was forecasted for clear skies. Gerry had changed into a tank top and Linda likewise slipped into more comfortable attire. When all the equipment was wrapped in straps and secured in the corner of the roof, the roadies walked down through the roof floor door and went home. Linda and Gerry stayed behind to rehearse another duet song that they had written and were scheduled to perform 3 days later at a venue in a neighboring city. It was a slow romantic song, and at 2 a.m. Linda and Gerry were gazing into each others' eyes while singing to each other. One thing led to another and they wound up making out. Linda had a diaphragm so she utilized it properly. I'll spare you the details, but from glancing I could tell that they had sex on the couch in the lounge section on the rooftop. Afterwards, Gerry passed out. Linda walked down through the roof floor door short stairwell to the top floor, then took the elevator down to the 1st floor lobby and exited the building, as I saw from the lobby camera.

Linda walked towards her vehicle, but then turned around. There were no cell phones back then for her to call anyone for whatever her dilemma was. She tried the lobby door but it had automatically locked behind her. She walked to the other lobby door and it was locked as well. So she walked to the side of the building, and climbed the fire escape, all 40 stories to the top. While Linda was climbing I noticed on the rooftop camera that a purse was on the couch in the rooftop lounge. It must have been Linda's. When Linda climbed onto the roof, Gerry was still asleep. I saw Linda pick up her purse, then lift the floor door that no one had locked yet and was not on a timer. Linda walked down to the 40th floor, rode the elevator down, exited, and drove off. I suppose she drove to the hotel where she and Mr. Ronstadt were staying.

Very early the next morning Mrs. Rafferty pulled into the parking lot and knocked on the lobby door. The housekeeper opened the door. Mrs. Rafferty told the housekeeper that her husband the singer never made it home last night. The housekeeper let Mrs. Rafferty in and told Mrs. Rafferty that she was busy cleaning downstairs to prepare for a business seminar scheduled tomorrow. But the housekeeper told Mrs. Rafferty that she could go up to the rooftop to see if Gerry is up there. So Mrs. Rafferty took the elevator all the

way up and walked onto the roof. When she.." then I apologized and interrupted the building manager and told him that I saw and heard what happened on the rooftop that morning between Gerry and his wife.

The building manager continued saying that the very discouraging account that he just described, was all that he saw, and that he did not see a necklace on the rooftop floor nor tables nor anywhere else. I thanked the building manager sincerely for telling me all that he saw, as somber it was, and for scanning the roof top for my necklace.

In summary, if I walked up 40 flights of stairs in late 1988, my foots must have been healthy back then.

Thank you for your consideration of this matter.

Sincerely,

Ron Hutton

Ron Hutton

21

# Addresses

The addresses of the presumed conspirators are listed below*:

<u>Former Landlords</u>

| | |
|---|---|
| Alli Larsen | % Drew Larsen<br>19 Somerset Ct. 23188<br>Williamsburg, VA 23188 |
| Drew Larsen | 19 Somerset Ct.<br>Williamsburg, VA 23188 |
| Cynthia Ferrell, and Alex , Kate, and Quin | % Will Ferrell<br>8901 Brieryle Rd<br>Henrico, VA 23229 |
| Betsy Orr | c/o Bill Orr<br>3025 Milton Village Ln<br>Charlottesville, VA 22902 |
| Elisheva Frances Orr Hohtun | c/o Bill Orr<br>3025 Milton Village Ln<br>Charlottesville, VA 22902 |
| Catherine Orr <u>married name?</u>_____ c/o Bill Orr, | 201 Oak Ave<br>Carrboro, NC 27510 |
| Will Ferrell | 8901 Brieryle Rd<br>Henrico, VA 23229 |
| Bill Orr | 3025 Milton Village Ln<br>Charlottesville, VA 22902 |

<u>News Station</u>

WRAL News personnel: Monica Laliberte, Debra Morgan, Lynda Loveland, Greg Fishel, and Mike Maze

2619 Western Blvd
Raleigh, NC 27606

<u>Business Affiliates of the Former Landlords</u>

| | |
|---|---|
| Kent Berry | 1703 Ferrell Rd<br>Chapel Hill, NC 27516 |
| Jerry Bowen | 3507 Keats Pl<br>Raleigh, NC 27609 |
| Genie Winn | 407 Overland Dr<br>Chapel Hill, NC 27516 |
| Dr. Gary Frenette | 1021 Morehead Medical Dr<br>Charlotte, NC 28204 |

I ask that the court please look up the addresses of and serve the following business affiliates of the former landlords: Chapel Hill, NC: David Finn. Burlington, NC: Amanda Cogswell _____(married name if married). Charlotte, NC: Penny Stritter _____ (married name if married) and McCulla _____(last name unknown). Athens, GA: Deanna Smith _____ (married name if married)

# V. Relief

1) I request please that an injunction be enacted on the presumed conspirators, who comprise the former landlords, the former landlords' business affiliates, and WRAL News personnel, in the attached sheet entitled, "Addresses" . This is in reference to these aforementioned parties' presumed slander of my reputation. I ask please that if an investigation has been conducted on me by WRAL News since 2016 when I left the Triangle area of NC, that WRAL's current investigation on me please be considered to be unauthorized since I no longer reside in the Triangle area. In addition, I request the investigation be considered unauthorized since WRAL News personnel could be biased. I ask please that WRAL no longer be permitted to monitor my activity by way of cameras nor other recording video or audio mechanisms.

2) If there is ever an investigation conducted on me in the future by another investigating party besides WRAL, I ask please that the former landlords, the former landlords' business affiliates, and the WRAL news team personnel, be prohibited from being able to see me, and hear me, by way of investigative cameras. .

3) I ask that the former landlords, the former landlords' business affiliates, and the WRAL News Station personnel please not be permitted to talk about me nor matters that pertain to me, with the public (anyone who does not work for WRAL). This includes a) supervisors and coworkers at jobs that I am actively employed on; b) customers of the employer's business, if I am working with the public; c) hiring managers of potential jobs that I apply to; and d) the community at large.

4) I ask please that the alleged implied insults of my character, abilities, and personality, which the former landlords and their business affiliates supposedly persuade local people in my local area, to verbalize when they are in conversation with each other, at times that I cross their paths, so that I will overhear, please be considered to be harassment. I request please that these relayed implied insults be included in the slanderous activity that is not permitted for any of the presumed conspirators, in the injunction.

5) I ask please that the former landlords, the former landlords' business affiliates, and the specified WRAL News personnel, please be asked the questions that I have included on the attached sheets entitled, "Polygraph Questions" while each individual is connected to a polygraph.

6) I request please that any single woman my age who is mutually romantically interested in me, please not be permitted to view me and hear me on film footage, if I am ever investigated in the future.

7) I request please that the "label" as described on the first paragraph of the attached, "III. Statement of Claim, Section C", please be removed. And I ask please that all information about me in the U. S. Department of Veterans Affairs' database please be deleted, if possible.

# Polygraph Questions

I ask that each former landlord, business affiliate, and staff person from WRAL news station in Raleigh, NC, please be asked the following questions while being subjected to a polygraph. Some of the questions are listed twice. It is because I am reasonably sure that the act of communication that is described in the numbered entry took place, and that a particular conspirator or few conspirators, were the source of the slanderous communication. Abbreviations for the names of the former landlords, the former landlords' business affiliates, and the WRAL Newscasters are listed below. The abbreviations are listed and at the end of each question too, to symbolize the question's alleged source of the slanderous communication. Slanderous communication meaning that a conspirator persuaded a local person in my area to verbalize a comment when nearby me, that inferred an insult of my personal traits, and/or persuaded a local person to impede my progress in some way, or contacted a hiring manager, or other action.

BtsO = Betsy Orr
A = Alli Larsen
Ca = Catherine Orr
Cy = Cynthia Ferrell
G = Genie Winn
BilO = Bill Orr
Wl= Will Ferrell
Jer = Jerry Bowen
Dw = Drew Larsen
FH = Frances Hohtun

Each former landlord and business affiliate
1. Have you been communicating to the public about Ron Hutton's character and abilities in a derogatory context? If so, have you been sending mass text or email messages to the public? If you have, have you also been discussing matters about Ron with citizens in Ron's vicinity, by video call? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw, FH
2. Have you sought out individuals in Ron's local community, and inquired with each individual about who would be willing to do what you say, in order to make Ron look bad and impede Ron's progress? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw, FH
3. * When Ron was walking north on Hwy 52, approaching Rowan County, did you send Ron's photo to a store clerk just outside of Granite Quarry, NC, and talk the clerk into placing a spoiled package of inexpensive ham on the top of the other packages of ham that were piled in a large sales display barrel beside the sales counter, when the clerk saw Ron approaching the store? If you did, did you ask the clerk to puncture the vacuum packaging ahead of time so it would be spoiled when Ron arrives in the Rowan County area? If you did, did you drop kernels of Indian corn on the side of the road along Hwy 52, a couple of miles before the Granite Quarry city limits, in effort to remind Ron of the nice holiday meal providing landlords in the past? Bilo

Added comment: The ham smelled rancid when I opened it. The process by which that type of ham is manufactured, is supposed to preserve the ham from spoiling at room temperature, if it is vacuum packed, if I am not mistaken. In regards to Indian corn, I remember that the former landlords almost always decorated their rental office with Indian corn at the Thanksgiving holiday meals that they provided for the tenants.
4. Did you contact any of the following psychology clinics that were nearby Ron's residence at the time, and communicate to the clinic staff persons about Ron in a derogatory context? Did you instruct any of the personnel in the clinics to tell Ron that the first available appointment is a month out or longer? BtsO, A, BilO, Cy

    a. Family Services of the Piedmont in Greensboro?
    b. RHA Behavioral Health in Burlington?
    c. Family Preservation Services in Asheville?
    d. Monarch Behavioral Health in Charlotte?

e. Highland Rivers Behavioral Health in Marietta, GA?
f. Advantage Behavioral Health in Athens, GA?
g. Promise Resources Group Therapy, Charlotte, NC
h. Charlotte Community Health, Charlotte, NC

5. Have you traveled to the city of Ron's residence at any given time, and spoken in a derogatory context about Ron, with specific individuals in person? BtsO, Cy, A, Ca

6. Did you talk Genoa Pharmacy into fabricating a brochure of Genoa's services with your photo displayed on the front cover of the brochure? If you did, did you contact Family Preservation Services in Asheville, NC? If you did, did you talk about Ron with the F. P. S. clinic staff in a derogatory context, and exaggerate about Ron in order to influence the clinic staff to break 'confidentiality' and get an 'in' to talking to the clinic staff? If you did, did you persuade the F. P. S. staff persons to place the Genoa Brochure that had your photo on the front, on a rack in the clinic waiting room? BtsO

7. If you have been communicating about Ron Hutton with the public, do you make a conscious effort to exaggerate, and give people the wrong idea about Ron? If you have been discussing matters about Ron with the public, do you put on an act of sincerity and intensity? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw

8. Did you persuade t shirt and other apparel manufacturers to fabricate garments, hats, etc that displayed slogans which implied sarcastic insults of flaws of Ron's character? If you did, did you persuade some of the local people whom Ron crossed paths with, to wear these t shirts or other apparel? Jer, Wl, BtsO, Cy

9. Did you persuade billboard sign posters to post logos and slogans on signs on the road or highway in Burlington and/or Greensboro in NC? If you did, did these logos and slogans on the signs imply insults of flaws of Ron's character? BtsO, BilO, A, Ca, Cy, G, Wl, Jer, Dw

10. Did you persuade a billboard advertiser to put your photo on a billboard sign across the street from a Citgo convenience store in Burlington, NC, near the intersection of Maple Avenue and Anthony Street? If so, did you ask the film developer to process your photo in a way so it is blurred, and to have a caption that inferred that Ron has no self control, and that Ron is in denial of that? BtsO

11. Did you persuade a billboard sign placer to post a sign across from Shady Grove Church in Marietta, GA, that displayed an advertisement which was supposed to come across as hinting that Ron should move to the northeast? Jer, W, BtsO, Cy

12. *Did you send Ron's photo to people who were local in the community that Ron resided in at the time, and persuade the local people to drop cards or other objects on the ground that displayed printed logos or other text that inferred insults of Ron's character flaws and/or abilities? Jer, Wl, Ca, BtsO, Cy, A, BilO, G, Dw, FH

13. Did you persuade some ladies who were walking side by side, or a lady with dog on a leash, to veer off the sidewalk when they saw Ron walking in the oncoming direction, long before nearing Ron, in effort to make it look like Ron was not going to shift to the side of the sidewalk when the lady or ladies passed by Ron? BtsO, BilO, A, Ca, Cy, G, Wl, Jer, Dw, FH

14. Did you contact and persuade a cell phone manufacturer and/or other employee in the cell phone industry, to intercept and tamper with some of the Lifeline cell phones that Ron Hutton ordered, so that the phone was altered in function before Ron received it in the mail? If you did, did you talk the manufacturer into programming Ron's phone to display prompts that included words that infer insults of Ron, on the phone screen? When Ron would request to change his phone number when he moved to a new area, did you persuade the cell phone carrier to assign Ron's phone with a number that is symbolic of negative traits of Ron's character, or a bad year that Ron had in the past? Btso, Jer

15. Did you hack the auto complete function for typing words on Ron's phone, and program the function to display words that inferred insults of Ron and/or reminded Ron of the past? BtsO, BilO, A, Ca, Cy, G, Wl, Jer, Dw, FH

16. Did you hack Ron's navigation of pornography on his cell phone, at nighttime? If you did, did you somehow forward certain photographs to Ron's cell phone that misrepresented or else were not clear in regards to the age of the woman in the photo or video? Did you alter some of the pornographic content that was sent to Ron's phone in some other manner, such as a younger woman's body with a superimposed middle aged or presenior woman's face? Btso, BilO, Cy, A, Ca

17. \* It is Ron's understanding that his photo is being sent to cell phones owned by people in the local community that Ron resides in. Have you been contacting some of the citizens in Ron's vicinity, briefing them about Ron's character, abilities, and/or his past? If you have, have you persuaded some of the locals to be on the lookout for Ron, and at times that Ron crosses their path, to proceed to say specific comments to each other that infer criticisms of Ron's character flaws, or infer about something in the past that pertained to Ron, so that Ron would overhear? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw, FH

18. During the 2009 to 2019 decade when Ron Hutton looked younger, did you contact a lady in Asheville, NC named Shauna in 2017, and communicate derogatory descriptions of Ron to her? "Did you slander Ron's reputation with a coworker of Ron at Cracker Barrel in Asheville in 2016?" Cy

19. Did you contact a lady named Dana from Burlington, NC in around 2020 - '21, and slander Ron's reputation with Dana? Did you communicate with an animal rescue owner named Jennifer in 2009 in Durham, NC, and describe Ron in a derogatory context? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw, FH

20. Did you communicate to some staff persons of some of the agencies that Ron received assistance from, and slander Ron's character with them? Cy, A, Jer, Ca, BtsO, BilO, Jer, W, Dw

    Agencies include:

    a. Interactive Resource Center, Greensboro, NC
    b. Freedom's Hope Day Shelter, Burlington, NC
    c. Open Hands Ministries, High Point, NC in around 2018?
    d. Mercy and Grace clothing closet and food pantry, Burlington, NC
    e. Roof Above Day Center, (previously Urban Ministries), Charlotte, NC
    f. MUST Ministries, Marietta, GA
    g. Division of Family and Children's Services, Marietta, GA
    h. First Hope Ministries, Lexington, NC before 2020

21. If you are contacting some of the hiring managers of jobs that Ron applies to, are you doing so in effort to delay Ron from obtaining employment, so that in time Ron will be more likely to suffer from physical ailments, which will degrade Ron's performance on the job, if Ron is not actively employed again until his presenior years? If you have been thwarting Ron's job opportunities, have you been doing so to diminish Ron's marketability due to more employment gaps? If you have been, have you been doing so, so that Ron might not be able to work at all near senior citizen age, due to physical problems? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw, FH

22. Did you contribute to contacting some local people in the vicinity Ron resided in at the time, and persuade some local people to watch where Ron is standing, be it just to the left of 10 ft wide book shelf, beside a stapler on a table, or a potted plant, as examples? If you did, did you instruct one of the local people to walk over to Ron's location in the room, and pretend to want a book at the farthest left position on the shelf, want to use the stapler, or want to read the brass plate on the plant pot that has name of the type of plant engraved on it? If you did, were you trying to demonstrate that Ron is always in the way? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw

23. Did you contact other residents of shelter facilities that Ron lived in, and slander Ron's reputation with the residents? If so, did you talk some of the residents into saying comments to each other that implied insults of Ron's character and/or abilities, so that Ron would overhear? Did you talk some of the residents into carrying out activities that stalled Ron from making progress that day or evening? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw, FH

24. \* Did you find out that Ron was utilizing day services that were provided to non residents of MUST Ministries in Marietta, GA? If you did, did you send Ron's photo to some of the locals, tell them to watch for Ron, and when Ron was en route to MUST Ministries, and about to empty his pockets to go through the metal detector at the entrance of the shelter, did you instruct a local person who had much fewer belongings on their person, to break in front of Ron, take out their few belongings, and walk through the detector, in effort to demonstrate that Ron is slow? If you did, did you instruct a different homeless person take a photo of this and

to send the photo to a hiring manager of a job that you found out that Ron had applied to, in effort to convey to the hiring manager that Ron is slow? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw, F

25. Did you brief the lady named Kierika at MUST Ministries about Ron, and persuade her to say comments when Ron was nearby, that implied an insult of flaws in Ron's character? Did you ask Kierika to make changes in the scheduling of showers and laundry on some days, in effort to stall Ron from applying to jobs later that day? Cy

26. Did you ask Kierika to no longer provide showers to homeless men on the streets, who were staying for a winter overnight stay at MUST Ministries?. If you did, did you keep the provision of showers fully implemented to ladies who were participating in the winter overnight stay, so that Ron Hutton specifically will be unkept, frumpy, and smell musty when in the presence of ladies who routinely participated in the winter overnight stay? If you did, did you persuade a female to be nice to Ron and pretend to be attracted to Ron when Ron was smelly and unbathed? A, Cy, Jer, BtsO, Dw, Wl, BilO, Ca, G

27. Did you ask Kierica to arrange the process of washing laundry as facilitated by a volunteer, in such a way to make it look like Ron was not focused and not able to operate the washer? Cy, A, Jer,

28. * Did you brief a peer group therapy agency named Promise Resource Network in Charlotte, NC about Ron in derogatory context? If you did, did you persuade the PRN facilitators to arrange ahead of time, for specific speakers and topics to be presented at a group that Ron attends? If you did, did you instruct the staff persons to ask nearby merchants to be on the lookout for Ron, and whenever the merchants saw Ron en route to PRN, for the merchants to call PRN, and then PRN staff would inform the preselected group leader to travel to PRN and lead the group when Ron is in attendance, and discuss a specific topic? If you did, did you persuade one or two of these speakers to say comments during the meeting that implied sarcastic insults of flaws in Ron's character and/or abilities? If you did, did you ask PRN staff persons to write down any inappropriate comments that Ron made and to report it to the former landlords? Cy, A, Jer

Added comment: The staff at PRN were nice and definitely knowledgeable about how to cope with mental health problems, and how to respond to different circumstances. But I did not feel very free to discuss my problems in the group meetings, since it appeared that the former landlords had been discussing matters about me behind my back with the PRN staff, and that my responses in groups were being evaluated.

29. Did you contact Charlotte Community Health Clinic in Charlotte, NC, and describe Ron in a derogatory context, to the personnel? Did you talk the staff members at Charlotte Community Health Clinic into altering the care that they provided Ron? Cy, A, BtsO, W, BilO

30. Did you contact Dr. Freeman at Alamance Regional Psychiatric Associates in Burlington, NC, in the spring of 2022, and persuade Dr. Freeman to do as you said, in regards to how to approach Ron's treatment? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw, F

31. Did you speak with any staff members of Freedom's Hope homeless Day Shelter in Burlington, NC? If you did, did you talk about the past, slander Ron's reputation, and persuade some of Freedom's Hope staff persons to say comments to Ron or that Ron would overhear, that implied insults of Ron personal traits? Did you talk some of the patrons at Freedoms Hope into acting in certain ways or altering their appearance in a way that implied an inference of a criticism of Ron? A, Cy, BtsO, Bilo, Jer

32. In the autumn of 2022, did you play a part in persuading pharmacy personnel at Walgreens in Burlington, NC, to not mention to Ron, when Ron was on the phone with Walgreens personnel, that patrons who receive the free flu vaccination, need proof of insurance? A, Cy, BtsO, Bilo

33. Did you communicate with a librarian named Jeremy at the library on Beattie's Ford Rd in Charlotte, and discuss matters that pertained to Ron? If you did, did you talk Jeremy into discussing topics with other librarians and/or patrons that pertained to negative traits that Ron has, and/or mistakes that Ron has made, so that Ron would overhear? If you did, did you do likewise at the library in downtown Burlington, NC with some of the librarians, NC? Cy, A, Jer

34. Did you contact anyone at Crossview Church in Marietta, GA and slander Ron's reputation with the congregation members and pastor? Did you contact anyone at Piedmont Church in Marietta, GA, Vizion Church in Charlotte, New Life at Hocutt Church in Burlington, NC, Christian Bible Fellowship in

Gibsonville, NC, The Point in Knoxville, TN (in 2024) and do likewise? Did you contact anyone in the Crotts family whom Ron knows from Burlington, NC? Did you describe Ron in a derogatory context to Mike Garrison, Steve Hamrick, or Rob Nicks of Burlington? Cy, Ca, A, W, BilO, BtsO, Jer

35. Did you talk to the pastor at Horizon Church in Statesville, NC? If you did, did you talk the pastor into asking the people in the church to serve spoiled fish? If you did, did you instruct the people in the church to not eat the fish, yet pretend that they did not know that it was spoiled, and take a plate then walk to another room as if they were going to eat it? Cy

36. If you did contact churches that Ron visited or might visit in his vicinity, was your primary reason for doing so, to warn them about Ron? Was your primary reason for contacting churches to make the congregation and pastor feel uneasy about Ron attending the church, and even not want Ron to attend the church, so that Ron would not have much support nor social acquaintances in the local area? If you did, were you trying to ruin Ron's support in that city, so that Ron would be more likely to perform poorly on a job, if hired? Were you trying to make Ron more prone to bother people from the high school he attended, on Facebook, by contacting churches that Ron attended or might consider atttending? BtsO, BilO, A, Ca, Cy, G, W, Jer, Dw

37. Did you contribute to persuading a culinary talented man named Will, referred to in this question as "Statesville Will", to pretend to be homeless and to apply to be taken into the shelter in Statesville, NC? If you did, did you persuade "Statesville Will" to insert a small non food object into the food that was served to Ron, so that object would likely get lodged in Ron's throat or digestive tract, and have to be hospitalized? W, Jer, BtsO, BilO, A, Ca, Cy, G, Dw

38. Did you communicate with a man named Chase in Lexington, NC? If you did, did you find out when Ron was on the way to Lexington, and tell Chase to do an intake for First Hope Homeless Shelter, so that Chase would already be in the shelter when Ron arrived in Lexington? If you did, did you do this to make it look like Chase was in the shelter for reasons that had nothing to do with Ron? When Ron was in the shelter, did you talk Chase into imply - insulting Ron and/or acting in a way that inferred a criticism of Ron? Was Chase really homeless? Did you speak with or communicate by other means with any other residents at First Hope Homeless Shelter in 2023? W, Jer

39. Did you talk to the fast talking shelter leader at the First Hope shelter (Crisis Ministries) in Lexington, NC in around 2018? If you did, did you persuade the shelter leader to say comments that implied sarcastic criticisms of Ron's character, when Ron was in attendance so that Ron could hear what he said? Did you talk the residents into playing certain movies and watching specific shows on the television, which were ? W, Jer

40. Have you been slandering Ron's reputation with NASCAR drivers ? Jer, Cy, A

41. Did you ask, or did you instruct a Burlington resident to ask the owners of a bar named Surfside Golf Club in Burlington, NC, to post a sign on the bar door that inferred an insult of Ron? The location of the bar is the intersection of S. Spring St. and E. Fifth St. Cy, Ca, A

42. Did you contact Staff Zone Day Labor Agency in Greensboro, slander Ron's reputation with the staff, and discourage the staff from sending Ron on a day job? Jer

43. Did you contact some homeless people at the Open Door Shelter in High Point, NC, in the late spring 2023? If you did, did you talk a homeless man into telling a homeless lady that she should commit suicide? Did you ask this man to say that to the woman in Ron's presence, so that Ron would overhear, and for the purpose of inferring to Ron, that it is not that uncommon for one person to tell another person that he or she should commit suicide? If you did talk the man into saying this to the woman, did you mean to infer to Ron that you could care less if Ron commits suicide, or that you wish Ron would commit suicide? Did you persuade others at the Open Door facility later that day, to infer that Ron should not call the police if Ron feels threatened? Cy

44. When Ron was working at Cracker Barrel in Asheville, NC, did you contact a manager at Cracker Barrel in Greensboro, NC, as well as the home office of Cracker Barrel in Lebanon, TN, and persuade the Lebanon Human Resources Consultant to team up with the manager in Greensboro, and to arrange an agenda that included finding an unemployed but skilled experienced dishwasher in Asheville, and persuading the experienced dishwasher to apply to and be hired at the Asheville Cracker Barrel? If you did, did you utilize the new dishwasher at the Asheville Cracker Barrel, to get Ron terminated?

45. Did you communicate with staff persons at the Interactive Resource Center in Greensboro in around the year 2019? If you did, did persuade one or two of the staff persons at the IRC to say comments that implied insults

of Ron's character, at times that the staff persons were nearby Ron, so Ron could overhear? Did you persuade the staff persons at the IRC to sometimes arrange the provided services in a way that delayed Ron from being productive later that day? Cy

46. If you have been hacking Ron's employment navigations, did you find out that Ron applied to the Guilford County Animal Shelter in around 2017 or 2018? If so, did you slander Ron's reputation with the hiring manager of the animal shelter in Guilford County? Did you learn that Ron applied to jobs in the veterinary field that did not work directly with animals, in Greensboro, Atlanta, and Charlotte? If you did, did you slander Ron's reputation with the hiring managers of those jobs? A few weeks after Ron applied to a job as such in Charlotte, did you find out that Ron moved from Charlotte to Burlington? If you did, did you persuade a billboard advertiser in Burlington to post a sign at Valeros conve- nience store in Burlington, that pictured you or else a look alike of you, holding a dog? If you did, did you do so for the purpose of rubbing it in, by inferring that Ron is a failure in the veterinary field since Ron did not even receive a phone call or email from a job that both associate degrees that Ron has attained, would qualify him for? Cy, Jer, BtsO, A, Ca

47. Did you contact the church outreach organization near the depot in Burlington, NC, named Mercy and Grace in around 2021? If you did, did you persuade Terry and other staff people at Mercy and Grace, to put out certain clothing or other useful items for the less fortunate to freely take, for the purposes of testing Ron to see if Ron only takes what he needs? If you did, did you ask that staff persons at Mercy and Grace to keep track of what Ron took, and for the staff persons to send the information to you and the other former landlords?* Cy, Ca, A, Wl, BilO, Dw, BtsO

48. *Have you been sending Ron's photo to many people's cell phones, and asking some local people in whatever vicinity that Ron resides in, to look for Ron, and when one of the local people sees Ron, to put a large rock on the sidewalk or trail ahead of where Ron walking, for the purpose of inferring that Ron is putting a stumbling block in other people's way, by the way Ron conducts himself and what activities that Ron partakes of? Cy

49. Did you communicate with grocery stores and slander Ron's reputation with them? Did you persuade specific employees to act in certain ways or say comments to Ron, or to another employee in front of Ron, which inferred insults of Ron's personal flaws? Ca, Cy, A

50. Did you persuade some people at a wedding party on May 13, 2023 on N. Church St. in Greensboro, to play songs that implied insults of Ron's character and/or personality? Cy

51. Have you talked to personnel at Goodwill Career Center in Greensboro, and persuaded some of them to say comments for Ron to overhear, which imply negativity of Ron's personal traits, so that Ron woud feel insulted and thus less motivated to apply to jobs? Cy

52. Did you brief singer Chris Lane about Ron before the concert he put on in Charlotte, NC in 2021? Did you persuade Chris to say comments on the microphone that implied criticisms of characteristics Ron has? W

53. Have you communicated to the general public about Ron? If you have, is your primary motive to warn people about Ron? Is your true motive to deceive the public about Ron, by exaggerating? To be more specific, is your primary objective in contacting the public to use your reputations and manipulative skills, to deceive people into believing that Ron would do these actions of behavior that you describe, so that hiring managers would learn of this, and Ron would not be granted job opportunities? Otherwise are you doing the same in communicating to shelters that Ron stays in, in effort to get them to frown upon Ron, and cause friction between Ron and the other residents and staff members? Jer, A, Cy, Ca, F, BtsO, BilO, Dw, Wl, G

54. Did you find out the charter bus that Ron was taking for a trip, and somehow arrange for the majority of other passengers to be younger? If you did, did you talk one of the small few older male passengers, into sitting on the toilet in the back of the bus for an extended time, so that bus passengers would not be able to use the bus toilet? If you did, did you do so, so that Ron specifically would not be able to use the bus restroom, seeing that most of the younger passengers would not need to use restroom as often? Jer, Wl

56. In 2010, did you communicate with the supervisor named Evelyn on a job that Ron was hired on through a staffing agency, at LabCorp in Research Triangle Park, NC? If you did, did you ask Evelyn to hire Ron, for the purpose of firing Ron? If you did, did you devise a plan with Evelyn to make Ron look bad, and to get Ron terminated? BtsO

57. Did you disguise yourself, have your voice altered by some means, and make an appearance proximal to Ron's, on buses, libraries, and other locations in Chapel Hill and/or Asheville in North Carolina? BtsO

58. *Did you locate Ron's whereabouts by calling around or by other means, in any city of North Carolina, such as Lexington, Asheville, Charlotte, Burlington, and/or Gastonia, and make an appearance within Ron's scope of vision? Did you pull/ride into the parking lot of Daymark Behavioral Health Agency in Lexington, when Ron was there sometime around 2020 - '22? A, Cy, Ca

59. Just before Ron Hutton moved into the apartment unit, (house) in Mebane that Ron rented, did you inform Ron that you had borrowed money from a credit union or other entity, through a loan ? If you did, did you mention the name Jerry Bowen at any time before Ron moved in? Did you otherwise inform Ron in detail before he moved in, that if Ron ever changed his mind about living there, that y'all would lose an immense amount of money? Did you warn Ron just before he moved in, and make it clear to him, that if Ron ever changes to a different insurance and moves out, that y'all would slander his reputation? F

60. Did you contact a day labor agency called Labor Ready in Durham, NC, which is now People Ready, back around 2010, and tell the staff that Ron threatened to kill someone, so that the Labor Ready staff persons would ban Ron so that Ron would not be able to go out on jobs? Jer

61. Did you persuade men in Charlotte to dramatize a fight when in proximity to Ron, and the men would gradually migrate towards Ron while fighting each other, and pull Ron into the fight, pretending not to be aware that they were pulling Ron into the fight? Jer

62. When Ron was living in Charlotte, NC in around 2018, were aware that Ron was camping a mile away from Roof Above Day Center (named Urban Ministry at the time), and thus Ron was often hurrying to get to the Day Center on time? If you were, did you contact a particular man in Charlotte, NC, and instruct the man to have the following agenda one morning? Did you ask the man to walk about 10 feet in front of Ron as Ron approached the man's proximity from behind, on the sidewalk right beside North Church Condominiums, going towards North Church St? While Ron and the man were en route to N Church St in tandem with about 15 feet between, did you persuade the man to blow his nostril contents onto the sidewalk so that Ron would see him do that? Ron then veered over towards the left curb of a long wide grassy lot that borders the off ramp of I - 277. As facing N Church St, the initial sidewalk mentioned is to the right of the grassy lot, then adjacent to the sidewalk on the right, is North Church Condominiums. The off ramp is about 25 feet to the left and on the left side of the grassy lot. The front side of the grassy lot is N Church St and a traffic light. Ron was trying to put some distance from himself and the man who blew his nose, so Ron veered left and walked on the left edge of grass, alongside the I-277 off ramp. The initial sidewalk mentioned that borders N Church St Condominiums, doglegs to the left at N Church St, and is perpendicular to the initial sidewalk. Did you instruct the man to walk to the left when the man reached N Church Street, onto to the N Church St sidewalk? If you did, did you ask the man to time his steps so that as Ron was walking along the left curb of the grassy lot, and nearing the intersection, the man was proximal to Ron (10 ft) and walking perpendicularly towards Ron's destination path towards N Church St? In addition, did you ask the man to time his steps so that he would be 10 ft from Ron simultaneously to when the traffic light turned green for off ramp traffic at Ron's immediate left? If you did, were you trying to get the man to make Ron feel worried that the man might blow his nose again, so that Ron would possibly lose his balance on the left curb of the grassy lot, in effort to herd Ron into the fast moving off ramp traffic? Jer

63. Did you contact a man in Charlotte one night in Spring of 2023, and persuade the man to tell Ron to give the backpack that Ron was carrying to him (the man), saying that the backpack was his? If you did, did you do so, so that Ron would tell the man that the backpack is Ron's own backpack, and the man could pretend to perceive Ron's response as a lie, therefore a reason to start an altercation with Ron? Did you do likewise with a man in red slacks in Marietta, GA one night in late Spring, 2023, in regards to a plastic bag that Ron had? If you did, did you ask the man to insist that the bag was his (the man's), pursue Ron across a busy highway intersection, and "herd" Ron into fast paced traffic? Jer

64. Did you contact and persuade men in Charlotte to invade Ron's personal space at day shelters? If you did, did you also tell some of these men to step on Ron's toe or bump Ron, as he walked by Ron, then apologize and reach out and touch Ron's arm or shoulder, as if it is necessary to tap a person on the shoulder whenever he apologizes to the person? If you did, did you tell these men to pretend that they were not aware that they reached out and touched Ron, as if it was a habit? Did you persuade some of the campers at the day shelter, to say a comment to another camper, when both campers were nearby Ron, so that Ron would overhear? If you

did, did you tell each camper to sarcastically infer criticisms of Ron's character flaws and/or abilities? Did you talk any of the campers into saying comments to Ron personally, that implied sarcastic insults of Ron's character flaws and/or abilities? Did you instruct co residents in some homeless shelters in NC and Georgia, to do the same? Did you do likewise with large statured men at Freedom's Hope Day Shelter in Burlington, NC in around 2023? Jer

65. If you did persuade these men to carry out these invasive and insulting behaviors to demean Ron's self esteem, did you do so in an effort to prompt Ron to express his irritation to the man, so that the man would perceive what Ron said, as a legitimate reason to start an altercation with Ron? If you did so, did you anticipate that the man could use any exchange of words between Ron and the man at the day shelter, as a reason to assault Ron later when Ron was away from the facility, such as at night? If you did communicate to these men in any of the aforementioned ways, did you egg them on? Jer

*66. Did you instruct Ron's co residents in a long term overnight homeless shelter in like manner as just described? If you did, did you do so, so that Ron would likely bicker, and your objective being for Ron to be told by a staff person to leave the homeless shelter? Jer

67. Did you talk managers of stores with intercoms that play music, into playing songs that you selected from the distant past, which contain lyrics that mention character flaws which Ron happens to have? If you did, did some of the songs you chose to recommend be played have a theme of love and romance, in order to make Ron feel frowned upon in having single marital status? If you did, did you also select some songs that would likely remind Ron of the past? If you did, did you ask Walmart Neighborhood Market in Lexington to do this? CVS in Greensboro, NC? RaceTrac in Marietta, GA? Publix in Atlanta, GA ? Jer, A, Cy, Ca, BtsO, BilO, Dw, Wl, G

68. *In the autumn of 2023, did you send Ron's photo to a QT clerk in Marietta, GA, and talk the QT staff into keeping a lookout for Ron, and when Ron was approaching the store, for the clerk to put out one or more spoiled beef jerky strips at the front of the shelf, so that if Ron decided to buy beef jerky, he would likely pick the spoiled jerky strip? BtsO, BilO, A, Jer, Ca, Cy, G, W

69. Did you donate some food that you know Ron likes and that you knew was molded, to Shady Grove Baptist Church in Marietta, GA, in the autumn of 2023? A, Ca, Cy, Dw

70. * Did you travel to Atlanta, GA, disguise yourself as an African American woman, send Ron's photo around, and call around and locate Ron? If you did, did you drive through the entrance where Ron was assigned to work for a job of informing drivers about parking? If you did, did you tell Ron a detailed description of your parking experience the day prior, to see if Ron would follow the details of what you said? BtsO

71. * Did you contact a receptionist at Mercy Care on Decatur St in Atlanta, GA, send her Ron's photo, and persuade her to tell Ron that all behavioral health assessments slots were filled for the day, when Ron entered the facility at 8:15 a.m. on Monday, December 11, 2023? Jer, A, Cy

72. Did you contact men at Basher's homeless shelter in Atlanta, Ga, and slander Ron's reputation with them? If you did, have you been instructing them to say comments to each other that infer insults of Ron, for Ron to overhear? Have you been telling these men to act in ways that mock Ron and make Ron look bad? Jer

73. *In beginning of February of 2024, after Ron had recently talked to some community meal providers about suicide, did you send Ron's photo to people's cell phones in Ron's area, call around and locate Ron, then ask a person in Ron's vicinity to drop a quarter in the path of where Ron was walking, to infer that Ron should call someone who cares? If you did, did you then instruct the local person to drop another quarter about a half mile further down the road in Ron's path, in effort to infer that Ron has a double personality, and/or that you are aware of a woman who is going to place a restraining order on Ron (50c)? Cy

74. *After you found out Ron's whereabouts, did you call around the area, find willing participants, and persuade each person on different occasions to act out a false scenario nearby Ron, in effort to stall Ron, in which the person was made to look like he or she needed assistance, so Ron would feel pressured to help the person? If you did, and Ron did not help the person, did you contact the church Ron attends, and tell the preacher that Ron is not a good Samaritan, or else a similar description of Ron? Cy, A, Ca

75. In early February 2024, did you persuade a lady in Charlotte to verbalize negative content nearby Ron, so that Ron would overhear? If you did, did you then instruct another person to drop a large sponge that looked like an internal organ, in the path that Ron would likely walk? Jer, Cy

76. *After learning of Ron's whereabouts in Knoxville, TN, by sending Ron's photo around, did you persuade drivers of Northwest vermin control vehicles with cartoon mouse on the side, to drive by Ron? If you did, did you do so to infer that your all's slander of Ron's reputation is like a funny game? Jer

77. Did you find out about a church nearby where Ron was living called Juniper Church in Knoxville, TN, and contact and brief the church about Ron in a derogatory context? If you did, did you tell them to tell a story that implied sarcasm about suicide, and that if Ron commits suicide that it doesn't really matter? Cy, A, Jer, Ca, BtsO, G , BilO, Jer, W, Dw, FH

79. * Did you send Ron's photo to people, find out about Bible Studies that Ron was in, in Knoxville, TN, and send people to be in the Bible studies to be sarcastic during the study? BilO, BtsO. Jer, Cy, Ca, A, Dw, W, G

80. Did you persuade a man living in the same complex as Ron, to talk about his dog in a way that inferred that y'all suspect that Ron has participated in beastiality acts with his dog Taco? W, Cy, A, Jer, Ca, BtsO, G , BilO, Jer, Dw, FH

81. Did you persuade a t shirt plant in Tennessee, or else pay for t shirts to be manufactured at the plant, that inferred about Ron's facial expression? If you did, did you talk some nice ladies who work at Ladies of Charity in Knoxville into wearing t shirts that had what appeared to be a "caring" message printed on front, but inferred sarcastically about  Ron's facial expressions? Cy, Jer

82. Did you contact the Division of Family and Children's Services in Marietta and Athens, Georgia,  brief them about Ron, and persuade the staff to change the food stamp services that they provided to Ron, to a protocol that deviated the D.F.C.S.'s routine protocol? If you did, did you instruct the D.F.C.S. personnel to alter their voice messaging system, and to track when Ron calls, so that Ron would not be able to reach a person?  If you did the aforementioned, did you persuade the D.F.C.S. staff persons to program their voice messaging system so that when Ron called D.F.C.S., Ron would automatically be forwarded to an outgoing message that was tailored for Ron specifically? If you did, did the tailored message for Ron, spell out several websites and require that the listener of the outgoing message write down each letter and character of each information website, without asking the listener to retrieve a pen first (could cause a person driving to wreck)? Cy, A, Jer, Ca, BtsO, G , BilO, Jer, W, Dw, FH

83. In Spring of 2024, did you tell a senior citizen lady in Athens, Ga to say a comment when nearby Ron, that inferred about a woman that Ron had a one night stand with in Greensboro , NC, when Ron was about 20 years old? Cy

84. Did you contribute to persuading a transgender to call out Bingo numbers in early July, 2024, in midtown Atlanta, Ga?  If you did, did you persuade the transgender person to call Bingo in effort to sarcastically infer that Ron has a gay look in his eye sometimes? If you did, did you persuade the transgender to also imply that Ron has a melancholy look in his eye on occasion, when Ron is in the presence of females with a particular type of appearance? If these " looks in Ron's s eyes" will likely lead to Ron never having a relationship with a woman, are you glad? BtsO, BilO, A, Ca, Cy, G,  Wl, Jer, Dw, FH

85. Did you find out where Ron was living  in July 2024, and persuade a representative for Oscar insurance in Marietta, Ga, to make a business card that displayed text which was supposed to appear to be an inference that a trustworthy person did not recommend that Ron live in the state of Georgia? Jer

86. Did you contact a job that Ron applied to in Charlotte in August 2024, and tell the personnel that Ron would fondle the customers' daughters? BtsO, BilO, A, Ca, Cy,  G,  Wl, Jer,  Dw, FH

87. Did you hack Ron's cell phone in August 2024 when Ron moved to Monroe, NC? BtsO, BilO, A,  Ca, Cy, G,  Wl, Jer,  Dw, F

88. Have you been instructing big brutes in Ron's locale, to watch where Ron plugs Ron's cell phone in,  and then for the brute to plug his cell phone in the same outlet, and balance his phone so that it could likely fall when Ron unplugs Ron's phone, to give the brute a reason to be mad at Ron and later possibly assault Ron? Jer

89. Did you learn that Ron was drinking before boarding Greyhound in Atlanta, GA, by way of WRAL cameras? If you did, could you tell that Ron was feeling nauseated by your observation that Ron was drinking the very sweet Clubtails very very slowly? If you did, did you tell some guys to walk up to Ron and offer good quality liquor to Ron at cheap price, so that Ron would likely get sick and not be able to ride to the bus? Jer

90. Did you persuade a lady in High Point, NC, to approach Ron during the day and ask Ron for cigarettes? If you did, did you ask this same lady to sit at Ron's campsite later that day? On another occasion, did you instruct a

different High Point resident to approach Ron's campsite in the middle of the night, and ask Ron questions of providing food, money, and cigarettes, and then when Ron lied back down, for the woman to run off like she is disgusted by the idea of sleeping at Ron's campsite? (If Ron had no interest in either woman, a woman who carries out an action that infers being disgusted about sleeping with Ron, is still harassment of sorts). Do you know the name of either of the two ladies? Cy

91. Did you contact Sheetz convenience store in Lexington, NC, and persuade them all to speak to Ron when he shopped there, so Ron would feel special? Did you talk two ladies into dramatizing an argument in the Sheetz parking lot? Did you persuade one of the managers to pretend that he saw Ron steal a product from the store? Jer

92. Did you tell a guy named Todd at Care Cuts in Knoxville, TN, that Ron would get overwhelmed on a job? Did you ask the leaders at Care Cuts to watch and see if Ron remembers to remove his name tag when Ron left? BtsO, BilO, A, Ca, Cy, G, Wl, Jer, Dw, FH

93. * It is Ron Hutton's impression that people who work for convenience stores had a way of identifying Ron, be it a photo of Ron that had been sent to the clerk's phone, or other means. During a brief 3 month period sometime between the years 2019 to 2021, did you take part in persuading some convenience store clerks in Greensboro, NC to set aside some packaged spoiled food with an expired shelf date? Did you ask the clerk to keep an eye out for Ron, and when the clerk saw Ron approaching the store in the parking lot, for the clerk to put the spoiled packaged food on the cold deli section, which is where Ron usually selects food from? Did you tell store clerks that you were testing Ron for being a conscientious shopper and if Ron checks expiration dates? Did you tell them that if Ron happened to eat a spoiled product and got sick, that it would just be a downside of that 'test'? BtsO, BilO, A, Ca, Cy, G, Wl, Jer, Dw, FH

94. When Ron went to community free meal outreach, in Raleigh in around 2013 or 2014, a man asked Ron if Ron wanted his (the man's) plate of food that he said he just received from the servers, and said that he had not touched it. The food looked scrumptious and untouched, like the man said. Although the man had a unique expression on his face, and was nodding his head for some reason. Maybe he was resisting saying something. Ron ate the food, and it tasted good, although Ron got very very sick for the entire afternoon and night and went through pure hell. Do you know if anyone from WRAL personnel, or any of the former landlords, or their business affiliates, contributed to arranging this? BtsO, BilO, A, Ca, Cy, G,Wl, Jer, Dw, FH

95. Did you contribute to persuading a number of homeless men in Raleigh to transfer to and seek homeless resources in Charlotte, NC in around 2018? If you did, did you instruct these men to carry out activities in Charlotte that impeded Ron's progress? Did you do likewise 2024, to the city of Knoxville, TN? Jer

96. If WRAL is conducting an investigation on Ron from afar in the current day, do you want Ron to fail the tests that WRAL is subjecting Ron to? Jer, Dw, Wl, BtsO, G

97. Did you persuade Athens Transit in Georgia to adhere decals on buses that advertised Van Sant Law in 2024? BtsO, BilO, A, Ca, Cy, G, Wl, Jer, Dw, FH

98. Did you persuade a manager at Sam's Mart inside Chevron Fuel Station in Athens, Ga to not let Ron in the store because he was carrying bags and a sleeping bag, one night in November 2024? If you did, did you do so because you were aware that Ron was sleeping outside that night near where people were walking by, and that Ron would be concerned about his belongings, so Ron would likely carry them to the store with him when he needed to use the restroom? Jer

99. When Ron was at the Greyhound Station in Atlanta, in December 2024, did you tell a young man to call out his significant other's name "Addy" after she had disembarked, and was looking around for him, in effort to infer that Ron is a debased person because Ron is single? A, Ca, Cy

100. *Did you persuade some people whom Ron was receiving services from, and who had been sent Ron's photo, to immediately talk to someone else after they finished doing business with Ron, or else after Answering Ron's question, to make Ron feel insignificant? When Ron was utilizing services from some merchants in December 2024, did you talk some people in the area that Ron was located, to respond to Ron in a way that made it sound like Ron asked that person a different question than he really asked? BtsO, BilO, A, Ca, Cy, G, Wl, Jer, Dw, FH

101. Did you contact CVS at 133 Peachtree St., Atlanta, GA in December, 2024, and ask the personnel to alter a Visa Gift card that was to be put out when Ron entered the store? If you did, did you ask the

clerk to put it aside until the clerk saw Ron approaching the store, and at that time, place the card at the front of the cards on the display? Jer, BtsO, BilO, A, Ca, Cy, G, Wl, Dw, FH

102. Did you contact someone who works at the Shepherd's Inn in Atlanta, GA, and persuade the staff person to put a substance that will make a person sick, into the bowl of oatmeal that Ron was served one morning? Jer, BtsO, BilO, A, Ca, Cy, G, Wl, Dw, FH

103. Did you contact and slander Ron's reputation with the mens overnight shelter and the Crisis Assistance Ministry in Charlotte, NC in December, 2024? If you did, did you persuade some of the staff at each agency to set up scenarios or traps to make Ron look bad and/or impede Ron's progress? Did you ask some of the patrons at overnight shelter to say comments to make Ron feel debased? Did you ask the staff at Crisis Assistance Ministry to play holiday songs on the intercom that include stanzas about romance, to make Ron feel debased?
BtsO, BilO, A, Ca, Cy, G, Wl, Dw, Jer, FH

104. In December 2024, did you contact Angel the dispatcher for Staffzone on Broadway St. in Knoxville, TN, and tarnish Ron's reputation with the dispatcher, so that Ron would not likely be sent out on a job? BtsO, BilO, A, Ca, Cy, G, Wl, Dw, Jer, FH

105. In January 2025, did you persuade a man with a blanket around him while riding the bus, to fake a conversation with someone on his phone, and tell the fake recipient that he is alive, in effort to sarcastically infer that you do not care if Ron is alive or not? Cy

106. Did you locate Ron somehow, and persuade a man who looked homeless, to offer Ron some soup in early January, 2025 in Knoxville, TN? If you did, did you do so to imply to Ron that Ron should realize that since Ron looks homely, if Ron is hired on a customer service job, customers will not want to receive customer service from Ron? BtsO, BilO, A, Ca, Cy, G, Wl, Dw, Jer, FH

107. Did you send text messages to the public in Knoxville, TN in January 2025, and tell the public that whenever Ron leaves Knoxville, that Ron will eventually return and drive through a building and shoot everyone? If you did, were you trying to give the people in the agencies and the church whom Ron received services from in Knoxville, preconceived notions about Ron, so that they would not feel comfortable supporting Ron? If you did, were you trying to deny Ron support so that if Ron was to be hired on a job in Knoxville, that Ron would not likely perform well, if Ron does not have much support in the community? Jer

108. Did you contact SafeLink wireless in January 2025, and persuade SafeLink to alter the setup of Ron's phone, so that Ron would not receive data? BtsO, BilO, A, Ca, Cy, G, Wl, Dw, Jer, FH

109. In Athens, Ga in late February 2025, did you contact, or persuade someone to contact, 3 young women who utilized the same outreach that Ron did? If you did, did you instruct one of these young women to mock Ron by getting very upset, and making exclamations in a similar manner to how Ron reacted to a durable type plastic bag that Ron was carrying the day before, getting torn by thorns? If you did, did you tell one of the young women to say a comment that inferred an insult of Ron's reaction the day before? Cy, Ca, A, Jer

110. Did you learn that Ron left his can opener on the Greyhound bus, and the next day in Knoxville, TN, persuade a person local to Ron's vicinity, to set cans of food that were not pop tops, on a table where Ron would see them, so as to infer that Ron is forgetful since Ron left the can opener?

111. *Did you you send Ron's photo to citizens in the community that Ron lived in, and persuade the men to open the door for Ron whenever a citizen saw Ron approaching an entrance or exit?

112. ** Did you contact agency personnel behind the desk at agencies where Ron was living in Tennessee and Ohio, and tell the personnel that Ron interrupts people? If you did, did you ask the desk people, to monitor Ron whenever Ron has a question at the desk, and to make a special effort to wait until they had helped a few people and eventually were not doing anything at all, until the agency personnel listened to Ron's question? **Ron could have had just a "yes or no" question that did not require an elaborative response.

113. Did you contact a peer group facility in Columbus, Ohio in March of 2025? If you did, did you persuade one of the coordinators to tell Ron that she has a specific mental illness, when she actually does not have that mental illness? A, Ca, Cy, Dw, Wl

114. Did you access Ron's medical records at AtlantaCare in Atlantic City, and alter and add to a diagnosis that Ron received? Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca

115. Did you drive to Atlanta Braves stadium and cover your face with dark makeup to make yourself look like you were of another nationality? If you did, did you locate where you were aware that Ron was working the parking garage, and ask Ron a question that included details, to see if Ron followed what you were saying? BtsO

116. Did you tell a guy at a homeless shelter in Philadelphia to give Ron detailed directions to another shelter, and act like he expected Ron to remember everything without writing it down, and if Ron did not remember everything, to imply that Ron is not a good listener? BtsO

117. Did you call and ask a daycare in Marietta in 2025, to call the police when Ron was sleeping at an adjacent business of the daycare, in effort to get the daycare on the trespassing ticket, so that you could call hiring managers of jobs that Ron applies to, and tell them that Ron was trespassed by a daycare? Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca

118. Did you contact Sparrows Nest and Advantage Day Center in Athens, GA in spring of 2025, and talk the staff persons into pretending that they do not have enough time slots for Ron to take care of hygiene?

119. Did you contribute to persuading drivers who are local to Ron's area, to nearly run over Ron, as a test to see of Ron was paying attention to traffic? If one of the cars accidentally hit Ron, would you deem that to be a downside of the test? Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca

120. Did you find out that Ron was at WalMart in Marietta using the computer in the electronics section in Spring of 2025? If you did, did you persuade an Electronics Salesperson to harshly reprimand Ron and use sarcasm, saying that his phone just removed $20 from an account on Ron's phone? If you did, did you tell the Salesperson to call security to get Ron kicked out of Walmart, instead of just giving Ron a warning, telling Ron that he is not allowed to use the Walmart display computers for personal browsing? Jer

121. Have you found out where Ron is staying, and contacted some of the homeless people in Ron's vicinity, and talked the homeless people into owning puppies and dogs? If you did, did you do so in effort to sarcastically mock what Ron said one time about your all's slander of Ron is like each of the dozen former landlords and stepping on one of the puppy's anatomic structures, one at a time, and at last the puppy's neck, until the puppy dies? Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca, F

122. *Did you send Ron's photo around people's cell phones in Knoxville, TN in mid July 2025, and find out of Ron's whereabouts of camping on a weekend evening? If you did, did you ask around in Knoxville, find a willing participant, and did you ask the willing participant to watch Ron and try to figure out what Ron's plans were for the evening, including deciphering if Ron might venture off from his campsite for a while? If you did, did you ask the cooperator to see if Ron leaves his personal belongings on the ground whenever Ron leaves his campsite? If you did, did you ask the cooperator to steal some of Ron's personal belongings while Ron was gone from his campsite? (Ron left his campsite around 3 a.m.) Cy

123. Did you persuade a person in Ron's local area of Knoxville, TN, to wear a t shirt that you made, which displayed the word, "Killers" on the front? If you did, were sarcastically implying that you all are murdering Ron, by consistently going behind Ron's back, hacking Ron's job applications, and contacting and slandering Ron's reputation with the hiring manager, is not a legitimate concept? Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca, F

124. *While Ron was en route to talk to a medicine doctor in Knoxville, TN in July 2025, did you talk a teenage boy into dressing up as a court jester, send Ron's photo around, find Ron's whereabouts, and tell the kid to skip by near where Ron was walking,? If you did, did you expect Ron to bring this up in the medicine appointment? If you did, did you then ask a psychology/psychiatry student to sit in on the medicine appointment along with the medicine provider? If you did, when Ron mentioned that a former landlord (a conspirator) must have sent the kid to dress up like a court jester and skip nearby Ron, supposedly in effort to sarcastically imply to Ron that Ron's court filing is folly, did you tell the medicine student to say that he sees a kid routinely dress up like a "clown" as he described him, and skips around on nearby streets? (This was supposedly so that the medicine doctors could make it look like Ron is narcissistic. Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca, F

125. *Did you send Ron's photo around, and tell the driver of a beer truck that says, "Flip them the bird" to drive by Ron in order to imply that Ron is a hypocrite because Ron goes to church but has raised his middle finger to drivers who have nearly hit Ron a few years ago? Cy

126. In August, 2025, did you replace some pills that Ron was prescribed in Knoxville, TN, with some pills that you manufactured or had someone else manufacture? Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca, F

127. In summer of 2025, did you persuade a small few employees of Advantage Behavioral Health in Athens, Ga, to act like they were not efficient on their jobs, in effort to infer to Ron that Ron cannot do a technical job? Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca, F

128. In Knoxville, TN in summer 2025, did you ask a clothing designer to make a t shirt that read something like, "Bess is Best"? If you did, did you donate the shirt to Knox Area Rescue Ministries with instructions to give the t shirt to Ron? If you did, did you do so in effort to imply to Ron that Ron does his best, but cannot do a job thoroughly? BtsO

129. Did you contact a case manager at MUST Ministries in Marietta, GA in late summer 2025, and tell the case manager to let me know one day that he was in the dining hall, that a question that I asked him about laundry, while he was in the 'kitchen', should not be asked while he is in the kitchen? If you did, did you mean for the case manager to infer that jealousy in the kitchen is not the same as jealousy at the home, in reference to a message that I sent, which you hacked? Jer

130. In late summer 2025, did you ask some homeless people at Shady Grove Church in Marietta, Ga, to place a towel that was dirty onto the cement on the floor of the outside shower? Cy, G, Wl, Dw, Jer, FH, BtsO, BilO, A, Ca, F

131. In late summer 2025 did you talk a Bail Bond employee to keep Chihuahuas at his office at nighttime, in Lexington, NC? If you did, did you mean for the employee to infer something about Ron specifically, and for Ron to notice the dogs whenever he walked by there at night? Jer

132. In Lexington, NC in late summer 2025, Ron stepped onto the asphalt of a road that was not bordered by a sidewalk, and Ron was walking in the same direction as traffic and not looking behind himself to see if a vehicle was about to hit Ron from behind. * Did you send Ron's photo around locate Ron, and were you aware that Ron did this, and did you contact a man in Lexington, and talk the man into walking towards Ron from about a block away, in the middle of the right lane? If you did, did you instruct the man to walk the same direction as traffic, and not look behind himself to see if any of the vehicles that were approaching his proximity from behind, were about to hit the man? If you did, did you text the drivers of these vehicles and tell the drivers to veer left of the man who is walking in the road? If you did, did you reassure the man walking, that the drivers of the vehicles approaching him from behind, would avoid hitting him? If you did, did you tell the man to do all this in effort to mock Ron from 20 minutes earlier? Jer

Each original former landlord (not any spouses nor busines affiliates: So only Bilo, A, Fr, Ca, Cy) :

1. Not taking into account the factor of having enough money, or whether or not Ron is a good babysitter, do you want Ron to do at least reasonably well on a job in a career field?
2. If the previous answer indicated that it doesn't matter to you if Ron has a career, do you want Ron to be a failure?
3. Not taking into account the factors of having enough money, and whether or not Ron is a good babysitter, do you want Ron to be happy?
4. Not taking into account the factors of having enough money, and whether or not Ron is a good babysitter, do you want Ron to have a romantic relationship with a woman?
5. Do you want Ron to consistently be inappropriate in the presence of a woman with whom there is mutual interest, so that Ron gets rejected by her?
6. If WRAL is conducting an investigation on Ron from afar in the current day, do you want Ron to fail the tests that WRAL is subjecting Ron to?
7. Do you want Jerry Bowen to make Ron fail?
8. At times that Ron enters a psychiatric hospital, are you glad that Ron did, because the staff can prevent Ron from committing suicide, and help Ron with his problems? Are you not glad that Ron entered a psychiatric hospital? If you are glad, are you glad because the more often that Ron enters a psychiatric hospital, it is more likely that it will be deemed that Ron is disabled mentally, and so you will be reimbursed your money? If you

are glad at times that Ron enters a psychiatric ward, are you more glad about the likelihood that Ron will be deemed to be disabled, as opposed to you being glad that Ron is in a safe and that he can get help?
9. Does it matter to you if Ron commits suicide?

WRAL News Team

I ask that the listed news team personnel of WRAL please be asked the following questions, that pertain to what I speculate has been an ongoing investigation of me, in connection with the initial lawsuit that I filed against the Securities and Exchange Commission in 2012. I am under the impression that WRAL teamed up with the former landlords that I have mentioned, and business affiliates of the former landlords.

Debra Morgan
1. Have you been participating in an investigation on Ron Hutton in the last 8 years? If WRAL has been doing so, do you want Ron to fail the tests that Ron is subjected to in the investigation?
2. Have you been communicating to citizens in communities where Ron Hutton resides, and slandering Ron's reputation with the citizens? If you have, do you make a conscious effort to exaggerate about Ron? Have you discussed Ron Hutton with any of the following people: Bill Orr, Will Ferrell, Alli Larsen, Cynthia Ferrell, Catherine Orr, Drew Larsen, Frances Hohtun, or Betsy Orr? Have you discussed matters that pertain to Ron Hutton with either Genie Winn, Kent Berry, Jerry Bowen, or a man named Evan in Texas?
3. If you have been communicating to the public about Ron, is your primary objective to warn the public about Ron? If you have been communicating to the public about Ron, is your primary objective to deceive the public about Ron?
4. Have you been asking merchant owners in whatever city that Ron Hutton resides in at the time, to arrange merchandise, shelf tags, and signs in a way that tests Ron's attentiveness? Did you ask these merchants to place plastic eating utensils in inconspicuous locations on the sales floor near the deli? If so, did you tell the store personnel that you were doing so in effort to see if Ron was attentive or overly dependent on asking store personnel where something is? Did you arrange with managers of some stores to have the pin pads rigged so that what Ron keyed in during a purchase, was transmitted to WRAL and recorded?
5. Did you ask drivers who were stopped in the right lane at a traffic light, to talk on the phone or otherwise pretend that they did not see Ron, even when Ron waved his arms while walking in front of them? If so, did you do so, so you could report that Ron walks in front of idling cars in the right lane at stop lights, when the driver didn't see him? Did you contribute to persuading drivers who are local to Ron's area, to nearly run over Ron, as a test to see of Ron was paying attention to traffic? If one of the cars accidentally hit Ron, would you deem that to be a downside of the test?
6. Did you ask some drivers to swiftly turn into intersecting streets just before Ron was about to cross the intersecting street? If you did, did you do so for the purpose of seeing if Ron was paying attention?
7. * It is Ron Hutton's impression that people who work for convenience stores had a way of identifying Ron, be it a photo of Ron that had been sent to the clerk's phone, or other means. During a brief 3 month period sometime between the years 2019 to 2021, did you take part in persuading some convenience store clerks in Greensboro, NC to set aside some packaged spoiled food with an expired shelf date? Did you ask the clerk to keep an eye out for Ron, and when the clerk saw Ron approaching the store in the parking lot, for the clerk to put the spoiled packaged food on the cold deli section, which is where Ron usually selects food from? Did you tell store clerks that you were testing Ron for being a conscientious shopper and if Ron checks expiration dates? Did you tell them that if Ron happened to eat a spoiled product and got sick, that it would just be a downside of that 'test'?
8. When Ron went to community free meal outreach, in Raleigh in around 2013 or 2014, a man asked Ron if Ron wanted his (the man's) plate of food that he said he just received from the servers, and said that he had not touched it. The food looked scrumptious and untouched, like the man said. Although the man had a unique expression on his face, and was nodding his head for some reason. Maybe he was resisting saying something. Ron ate the food, and it tasted good, although Ron got very very sick for the entire afternoon and

night and went through pure hell. Do you know if anyone from WRAL personnel, or any of the former landlords, or their business affiliates, contributed to arranging this?

9. Did you contact any of the following psychology clinics, and describe Ron to the clinic staff persons in a derogatory context? If you did, did you instruct the clinic staff on how to approach treatment for Ron?

    a. Family Services of the Piedmont in Greensboro
    b. Family Services of the Piedmont in High Point
    c. Family Preservation Services in Asheville
    d. Monarch Behavioral Health in Charlotte
    e. Promise Resources Group Therapy in Charlotte
    f. Highland Rivers Behavioral Health in Marietta, GA

10. Have you contributed to altering text of word definitions or other information on the Internet, and arranging for the content to be forwarded to whatever computer that Ron was using?

11. Did you contact the Division of Family and Children's Services in Marietta and Athens, Georgia, brief them about Ron, and persuade the staff to change the food stamp services that they provided to Ron, to a different protocol than D.F.C.S.'s routine protocol? If you did, did you instruct the D.F.C.S. personnel to program their voice messaging system, and to track when Ron calls, so that Ron would not be able to reach a person? If you did the aforementioned, did you persuade the D.F.C.S. staff persons to program their voice messaging system so that when Ron called D.F.C.S., Ron would automatically be forwarded to an outgoing message that was tailored for Ron specifically? If you did, did the tailored message for Ron, spell out several websites and require that the listener of the outgoing message write down each letter and character of each information website, without asking the listener to retrieve a pen first? (could cause a person driving to have an accident)

12. * Did you persuade a merchant in Marietta, Georgia to develop a screen on the checkout counter keypad, or else did you transmit a pinpad screen that you devised to the merchant, which was customized for Ron specifically? Did you send the clerk Ron's photo and instruct the clerk to switch out the keypad screen when Ron walked up to the counter?

13. Did you contribute to arranging for the Raleigh "ding" to resonate on people's cell phones, at times that you deemed that Ron erred? If you did, was this sound meant to symbolize the peddled transit cars in Raleigh?

14. On a train trip that Ron took to Charlotte in May of 2025, did you persuade some Amtrak personnel to inquire withRonif Ron was planning to disembark the train early in Greensboro, like Ron did on a previous trip that Ron had paid for to Charlotte? If you did, did you ask the small few Amtrak male personnel to stand side by side next to Ron after they inquired with Ron of an early departure, in effort to infer that when a presumably currently available woman Ron's age in Greensboro, who is a speculated mutual romantic acquaintance, eventually moves on with someone else, that Ron will try to stalk and/or harass the woman in Greensboro, and that the police and/or security will be called?

15. In around 2012, did you contribute to an investigative approach of permitting a store in Raleigh to allow Ron to make alcohol and cigarette purchases with his E.B.T. card? If you did, were you trying to see if Ron behaves himself appropriately when he is inebriated? If you did, were you trying to see if Ron purchases products that a woman who speculatively was interested in Ron at that time, would like for Ron to purchase?

16. Did you participate in the setup of the phone system in around 2022 through 2025, for the Division of Family and Children's Services in Georgia, which comprised changes that were tailored to Ron Hutton specifically?

Lynda Loveland

1. Have you been participating in an investigation on Ron Hutton in the last 6 years? If WRAL has been doing so, do you want Ron to fail the tests that Ron is subjected to in the investigation?

2. Have you been communicating to citizens in communities where Ron Hutton resides, and slandering Ron's reputation with the citizens? If you have, do you make a conscious effort to exaggerate about Ron? Have you discussed Ron Hutton with any of the following people: Bill Orr, Will Ferrell, Alli Larsen, Cynthia Ferrell, Catherine Orr, Drew Larsen, Frances Hohtun, or Betsy Orr? Have you discussed matters that pertain to Ron Hutton with either Genie Winn, Kent Berry, Jerry Bowen, or a man named Evan in Texas?

3. If you have been communicating to the public about Ron, is your primary objective to warn the public about Ron? If you have been communicating to the public about Ron, is your primary objective to deceive the public about Ron?
4. Did you have an affair with former landlord business affiliate Jerry Bowen?
5. Did you contact any of the following psychology clinics, and communicate to the clinic staff persons about Ron Hutton in a derogatory context? If you did, did you instruct the clinic staff on how to approach treatment for Ron?

       i. Family Services of the Piedmont in Greensboro?
      ii. Family Services of the Piedmont in High Point?
     iii. Family Preservation Services in Asheville?
     iv. Monarch Behavioral Health in Charlotte?
      v. Promise Resources Group Therapy in Charlotte?
     vi. Highland Rivers Behavioral Health in Marietta, GA?

6. Have you contributed to altering text of word definitions or other information on the Internet that was forwarded to whatever computer that Ron was using?
7. * It is Ron Hutton's impression that people who work for convenience stores had a way of identifying Ron, be it a photo of Ron that had been sent to the clerk's phone, or other means. During a brief 3 month period sometime between the years 2019 to 2021, did you take part in persuading some convenience store clerks in Greensboro, NC to set aside some packaged spoiled food with an expired shelf date? Did you ask the clerk to keep an eye out for Ron, and when the clerk saw Ron approaching the store in the parking lot, for the clerk to put the spoiled packaged food on the cold deli section, which is where Ron usually selects food from? Did you tell store clerks that you were testing Ron for being a conscientious shopper and if Ron checks expiration dates? Did you tell them that if Ron happened to consume spoiled food that it was a downside of the test?
8. Did you contact the Division of Family and Children's Services in Marietta and Athens, Georgia, brief them about Ron, and persuade the staff to change the food stamp services that they provided to Ron, to a different protocol than D.F.C.S.'s routine protocol? If you did, did you instruct the D.F.C.S. personnel to program their voice messaging system, and to track when Ron calls, so that Ron would not be able to reach a person? If you did the aforementioned, did you persuade the D.F.C.S. staff persons to program their voice messaging system so that when Ron called D.F.C.S., Ron would automatically be forwarded to an outgoing message that was tailored for Ron specifically? If you did, did the tailored message for Ron, spell out several websites and require that the listener of the outgoing message write down each letter and character of each information website, without asking the listener to retrieve a pen first? (could cause a person driving to have an accident)
9. Did you contribute to arranging for the Raleigh "ding" to resonate on people's cell phones, at times that you deemed that Ron erred? If you did, was this sound meant to symbolize the peddled transit cars in Raleigh?
10. * Did you persuade a merchant in Marietta, Georgia to develop a screen on the checkout counter keypad, or else did you transmit a pinpad screen that you devised to the merchant, which was customized for Ron specifically? Did you send the clerk Ron's photo and instruct the clerk to switch out the keypad screen when Ron walked up to the counter?
11. On a train trip that Ron took to Charlotte in May of 2025, did you persuade some Amtrak personnel to inquire with Ron if Ron was planning to disembark the train early in Greensboro, like Ron did on a previous trip that Ron had paid for to Charlotte? If you did, did you ask the small few Amtrak male personnel to stand side by side next to Ron after they inquired with Ron of an early departure, in effort to infer that when a presumably currently available woman Ron's age in Greensboro, who is a speculated mutual romantic acquaintance, eventually moves on with someone else, that Ron will try to stalk and/or harass the woman in Greensboro, and that the police and/or security will be called?
12. In around 2012, did you contribute to an investigative approach of permitting a store in Raleigh to allow Ron to make alcohol and cigarette purchases with his E.B.T. card? If you did, were you trying to see if Ron behaves himself appropriately when he is inebriated? If you did, were you trying to see if Ron purchases products that a woman who speculatively was interested in Ron at that time, would like for Ron to purchase?

13. Did you participate in the setup of the phone system in around 2022 through 2025, for the Division of Family and Children's Services in Georgia, which comprised changes that were tailored to Ron Hutton specifically?
14. Did you contribute to persuading drivers who are local to Ron's area, to nearly run over Ron, as a test to see of Ron was paying attention to traffic? If one of the cars accidentally hit Ron, would you deem that to be a downside of the test?

Monica Laliberte

1. Have you been participating in an investigation on Ron Hutton in the last 6 years? If WRAL has been doing so, do you want Ron to fail the tests that Ron is subjected to in the investigation?
2. Have you been communicating to citizens in communities where Ron Hutton resides, and slandering Ron's reputation with the citizens? If you have, do you make a conscious effort to exaggerate about Ron? Have you discussed Ron Hutton with any of the following people: Bill Orr, Will Ferrell, Alli Larsen, Cynthia Ferrell, Catherine Orr, Drew Larsen, Frances Hohtun, or Betsy Orr? Have you discussed matters that pertain to Ron Hutton with either Genie Winn, Kent Berry, Jerry Bowen, or a man named Evan in Texas?
3. If you have been communicating to the public about Ron, is your primary objective to warn the public about Ron? If you have been communicating to the public about Ron, is your primary objective to deceive the public about Ron?
4. Did you contribute to making Liberty Mutual commercials that included comments that were verbalized by the actors in the commercial, which implied insults of Ron Hutton's personal flaws?
5. Did you contact any of the following psychology clinics, and communicate to the clinic staff persons about Ron in a derogatory context? If you did, did you instruct the clinic staff on how to approach treatment for Ron?
    i. Family Services of the Piedmont in Greensboro?
    ii. Family Services of the Piedmont in High Point?
    iii. Family Preservation Services in Asheville?
    iv. Monarch Behavioral Health in Charlotte?
    v. Promise Resources Group Therapy in Charlotte?
    vi. Highland Rivers Behavioral Health in Marietta, GA?

6. * It is Ron Hutton's impression that people who work for convenience stores had a way of identifying Ron, be it a photo of Ron that had been sent to the clerk's phone, or other means. During a brief 3 month period sometime between the years 2019 to 2021, did you take part in persuading some convenience store clerks in Greensboro, NC to set aside some packaged spoiled food with an expired shelf date? Did you ask the clerk to keep an eye out for Ron, and when the clerk saw Ron approaching the store in the parking lot, for the clerk to put the spoiled packaged food on the cold deli section, which is where Ron usually selects food from? Did you tell store clerks that you were testing Ron for being a conscientious shopper and if Ron checks expiration dates? Did you tell them that if Ron happened to eat a spoiled product and got sick, that it would just be a downside of that 'test'?
7. Have you contributed to altering text of definitions of words or other information on the Internet, that was forwarded to whatever computer that Ron was using?
8. Did you contact the Division of Family and Children's Services in Marietta and Athens, Georgia, brief them about Ron, and persuade the staff to change the food stamp services that they provided to Ron, to a different protocol than D.F.C.S.'s routine protocol? If you did, did you instruct the D.F.C.S. personnel to program their voice messaging system, and to track when Ron calls, so that Ron would not be able to reach a person? If you did the aforementioned, did you persuade the D.F.C.S. staff persons to program their voice messaging system so that when Ron called D.F.C.S., Ron would automatically be forwarded to an outgoing message that was tailored for Ron specifically? If you did, did the tailored message for Ron, spell out several websites and require that the listener of the outgoing message write down each letter and character of each information website, without asking the listener to retrieve a pen first? (could cause a person driving to have an accident)
9. * Did you persuade a merchant in Marietta, Georgia to develop a screen on the checkout counter keypad, or else did you transmit a pinpad screen that you devised to the merchant, which was customized for Ron

specifically? Did you send the clerk Ron's photo and instruct the clerk to switch out the keypad screen when Ron walked up to the counter?

15. Did you contribute to arranging for the Raleigh "ding" to resonate on people's cell phones, at times that you deemed that Ron erred? If you did, was this sound meant to symbolize the peddled transit cars in Raleigh?

16. On a train trip that Ron took to Charlotte in May of 2025, did you persuade some Amtrak personnel to inquire with Ron if Ron was planning to disembark the train early in Greensboro, like Ron did on a previous trip that Ron had paid for to Charlotte? If you did, did you ask the small few Amtrak male personnel to stand side by side next to Ron after they inquired with Ron of an early departure, in effort to infer that when a presumably currently available woman Ron's age in Greensboro, who is a speculated mutual romantic acquaintance, eventually moves on with someone else, that Ron will try to stalk and/or harass the woman in Greensboro, and that the police and/or security will be called?

17. **In around 2012, did you contribute to an investigative approach of permitting a store in Raleigh to allow Ron to make alcohol and cigarette purchases with his E.B.T. card? If you did, was your objective to see if Ron behaves himself appropriately when he is inebriated? If you did instruct the store manager to do this, were you trying to see if Ron purchases products that a woman who speculatively was interested in Ron at that time, would like for Ron to purchase?

18. Did you participate in the setup of the phone system in around 2023 through 2025, for the Division of Family and Children's Services in Georgia, which comprised changes that were tailored to Ron Hutton specifically?

19. Did you contribute to persuading drivers who are local to Ron's area, to nearly run over Ron, as a test to see of Ron was paying attention to traffic? If one of the cars accidentally hit Ron, would you deem that to be a downside of the test?

Greg Fishel

1. Have you been participating in an investigation on Ron Hutton in the last 6 years? If WRAL has been doing so, do you want Ron to fail the tests that Ron is supposedly subjected to in the investigation?

2. Have you been communicating to citizens in communities where Ron Hutton resides, and slandering Ron's reputation with the citizens? If you have, do you make a conscious effort to exaggerate about Ron? Have you discussed Ron Hutton with any of the following people: Bill Orr, Will Ferrell, Alli Larsen, Cynthia Ferrell, Catherine Orr, Drew Larsen, Frances Hohtun, or Betsy Orr? Have you discussed matters that pertain to Ron Hutton with either Genie Winn, Kent Berry, Jerry Bowen, or a man named Evan in Texas?

3. Did you contact the Division of Family and Children's Services in Marietta and Athens, Georgia, brief them about Ron, and persuade the staff to change the food stamp services that they provided to Ron, to a protocol that deviated the D.F.C.S.'s routine protocol? If you did, did you instruct the D.F.C.S. personnel to alter their voice messaging system, and to track when Ron calls, so that Ron would not be able to reach a person? If you did the aforementioned, did you persuade the D.F.C.S. staff persons to program their voice messaging system so that when Ron called D.F.C.S., Ron would automatically be forwarded to an outgoing message that was tailored for Ron specifically? If you did, did the tailored message for Ron, spell out several websites and require that the listener of the outgoing message write down each letter and character of each information website, without asking the listener to retrieve a pen first (could cause a person driving to wreck)?

4. Did you contribute to arranging for the Raleigh "ding" to resonate on people's cell phones, at times that you deemed that Ron erred? If you did, was this sound meant to symbolize the peddled transit cars in Raleigh?

Mike Maze

1. Have you been participating in an investigation on Ron Hutton in the last 6 years? If WRAL has been doing so, do you want Ron to fail the tests that Ron is supposedly subjected to in the investigation?

2. Have you been communicating to citizens in communities where Ron Hutton resides, and slandering Ron's reputation with the citizens? If you have, do you make a conscious effort to exaggerate about Ron? Have you discussed Ron Hutton with any of the following people: Bill Orr, Will Ferrell, Alli Larsen, Cynthia Ferrell, Catherine Orr, Drew Larsen, Frances Hohtun, or Betsy Orr? Have you discussed matters that pertain to Ron Hutton with either Genie Winn, Kent Berry, Jerry Bowen, or a man named Evan in Texas?

3. Did you contact the Division of Family and Children's Services in Marietta and Athens, Georgia, brief them about Ron, and persuade the staff to change the food stamp services that they provided to Ron, to a protocol that deviated the D.F.C.S.'s routine protocol? If you did, did you instruct the D.F.C.S. personnel to alter their voice messaging system, and to track when Ron calls, so that Ron would not be able to reach a person? If you did the aforementioned, did you persuade the D.F.C.S. staff persons to program their voice messaging system so that when Ron called D.F.C.S., Ron would automatically be forwarded to an outgoing message that was tailored for Ron specifically? If you did, did the tailored message for Ron, spell out several websites and require that the listener of the outgoing message write down each letter and character of each information website, without asking the listener to retrieve a pen first (could cause a person driving to wreck)?

4. Did you contribute to arranging for the Raleigh "ding" to resonate on people's cell phones, at times that you deemed that Ron erred? If you did, was this sound meant to symbolize the peddled transit cars in Raleigh?

*Otherwise located by other means
**I assumed that it was okay to buy beer and cigarettes, and was similar to post hurricane expansions of products that can be purchased by E.B.T. card. I perceived that it all stemmed from the investigators of WRAL so I was supposed to buy those products. Eventually a man in the west Triangle area of NC informed me that this is illegal.

Waiver of Liability of People Who Were Speculatively Contacted by the Presumed Conspirators

I do not find fault with Family Services of the Piedmont, Family Preservation Services, Monarch, RHA, Highland Rivers Behavioral Health, Genoa Pharmacy, Charlotte Community Health Clinic, Promise Resource Network, nor any other behavioral health nor medical clinic, nor hiring managers of jobs that I applied to, for talking to these former landlords, if any of these businesses were in fact contacted by those former landlords, the former landlords' business affiliates, and/or WRAL News personnel. Nor do I find fault with any day shelter nor overnight homeless shelter staff persons, nor shelter residents nor homeless people living on the street at day shelters, by the same token. I do not hold any of the day shelter staff nor other homeless outreach agencies liable in any way, if any of them were contacted by the former landlords and/or the former landlords' business affiliates, and agency staff persons were open to doing what the former landlords and/or their business affiliates requested that the agency staff do, in effort demean my self worth, and/or stall me from applying to Jobs that day. I do not have any plans to try to charge any of the aforementioned agencies, either staff or partakers of their services, for any inhibition of my progress that resulted from the agency staff's cooperation with the former landlords. I do not find fault with any woman if she was romantically interested in me at one time, if she was contacted by any of the former landlords or the former landlords' business affiliates, and the woman was open to communicating with them. Because if I were any of these people, I probably would have talked to the presumed conspirators too.

However I do find fault with the former landlords and the other presumed conspirators because they are delving into unauthorized territory in communicating with these businesses that help improve patients' health and help patients to be prevented from having abnormal physical health conditions. The presumed conspirators are delving into unauthorized territory as well in contacting behavioral health agencies which can help patients to learn coping skills and even help patients keep from committing suicide. In addition, these former landlords and their business affiliates are crossing boundaries by talking to personal acquaintances I had. All this applies if the presumed conspirators I have mentioned, have in fact contacted the aforementioned agencies and people, and slandered my reputation with them.